Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED

# UNITED STATES DISTRICT COURT

### for the

Central District of California ▾

2022 JUL -5 AM 9:54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY____

_____ Division

Leslie Winchester

LACV22-4555-JGB-MAR

Case No _____
(to be filled in by the Clerk's Office)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Attorney General of California
and
UCLA Police

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Leslie Winchester |
| Address | 401 E 7th St Apt 301 |
| | Los Angeles — CA — 90014 |
| | *City* — *State* — *Zip Code* |
| County | Los Angeles |
| Telephone Number | (310) 866-5619 |
| E-Mail Address | lesliewinchestee@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Attorney General of California |
| Job or Title *(if known)* | |
| Address | 300 S Spring St #1700 |
| | Los Angeles — CA — 90013-1230 |
| | *City* — *State* — *Zip Code* |
| County | Los Angeles |
| Telephone Number | (213) 269-6000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | UCLA Police |
| Job or Title *(if known)* | |
| Address | 601 Westwood Plaza |
| | Los Angeles — CA — 90095 |
| | *City* — *State* — *Zip Code* |
| County | Los Angeles |
| Telephone Number | (310) 825-1491 |
| E-Mail Address *(if known)* | info@ucpd.ucla.edu (unsure if this is going to be right email) |

☐ Individual capacity    ☑ Official capacity

Defendant No. 3

Name      Not sure if I need to make more

Job or Title *(if known)*

Address

| | City | State | Zip Code |
|---|---|---|---|

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

| | City | State | Zip Code |
|---|---|---|---|

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States constitution and 1986 Emergency Medical Treatment and Active Labor Act.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

They wrongfully arrested me injuring me emotionally and physically, depriving me of my freedoms in jail, I never had a speedy trial but was denied one through mental health court and punished by freedom removal forced to take medication that makes me worse and NOT WELL based on lies from psychiatrist that they paid who never took a history or gave any legitimate testing because I was a mentally disabled homeless person

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Ucla Medical Center Er, Court, Twin Towers jail, Christ Centered Ministries

B.    What date and approximate time did the events giving rise to your claim(s) occur?
09/26/2019 Ucla Medical Center Er, 08/28/2019 - 08/19/2020 Court, 10/18/2019 - I believe 12/18/2019 Twin Towers jail, I believe 12/18/2019 - 08/19/2020 Christ Centered Ministries

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
See:
Over wrongful arrest and police brutality I made a seven page document CV-126 hand written. I made a May 12, 2022 letter to UCLA Chief Tony Lee over patient dumping by Ucla Medical Center ER which is why I was not trespassing.
CV-126  Court
CV-126 Witnesses and evidence

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

see CV-126 Injuries

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

See CV-126 Relief

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     July 1, 2022

Signature of Plaintiff     *Leslie Winchester*

Printed Name of Plaintiff     Leslie Winchester

### B.    For Attorneys

Date of signing:     July 1, 2022

Signature of Attorney     *Leslie Winchester*

Printed Name of Attorney     Leslie Winchester

Bar Number

Name of Law Firm

Address     401 E 7th St Apt 301

| | | |
|---|---|---|
| Los Angeles | CA | 90014 |
| *City* | *State* | *Zip Code* |

Telephone Number     (310) 866-5619

E-mail Address     lesliewinchestee@gmail.com

Print      Save As...      Add Attachment      Reset

Name: <u>Leslie Winchester</u>

Address: <u>401 E 7th St Apt 301</u>

<u>Los Angeles, CA 90014</u>

Phone: <u>(310) 866-5612</u>

Fax: <u>N/A</u>

In Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Leslie Winchester

                                    Plaintiff

        v.

Attorney General of California
and
UCLA Police

                                    Defendant(s).

CASE NUMBER:

_____

To be supplied by the Clerk of
The United States District Court

_____

COMPLAINT

1.    This is an action for injunctive relief and damages to 42 USC § 1983 based upon continuing violations of Plaintiff ' s rights under the Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States constitution.
Jurisdiction exists pursuant to 28 USC § 1331 AND 1343 based on 42 USC § 1983 and questions of federal constitutional law.
Jurisdiction also exists under the Declaratory Judgment Act, 28 USC § 2201 (a) and 2022,
Supplemental jurisdiction over Plaintiff ' s state law claims is pursuant to 28 USC § 1367.

2.  Venue is proper in the Central District because it involves federal law and all parties are in Los Angeles County.  I am within the two years because I was not released from being drugged against my will until 08/19/2020.  The case began 08/26/2019.

1of 3 Injunctive

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

## FIRST CAUSE OF ACTION

Right to be secure from unreasonable seizures 42 U.S.C. § 1983 - Fourth Amendment; Art J § 13, California Constitution and 1986 Emergency Medical Treatment and Active Labor Act, Jerry Brown ' s SB 1152 which was law on September 30, 2018, and Health and Safety Code 1262.5.

3.  Leslie Winchester realleges and incorporate the allegations set forth in the preceding paragraphs as though fully set forth hereat.

4.  Defendants and their employees and agents violated Leslie Winchester ' s right to be free from false arrest because she was in non-treated mental health crisis from assault by a Global concepts security guard that day still in the ER and was suppose to be transferred to a hospital that provides mental health and be placed in a homeless shelter as society would dictate.

5.  These unlawful actions were done with the specific intent to deprive Leslie Winchester of he constitutional rights and deny her appropriate treatment by the hospital itself in mental health crisis of assault and in society ' s view treatment for homelessness.

6.  Leslie Winchester is informed and believes that the actor of the defendants and their employees and agents were intentional in failing to protect her from the hospital ' s failings acknowledging mental health crisis of assault by helping get her medical report to the correct police station so her assaulter, a roving security guard, could be arrested to provide emotional relief. Instead they found her trespassing in a hospital that failed to provide mental health crisis help and they chose to deprive her of her rights to the justice system where she was a victim that day.

7.  Defendents were deliberately indifferent to the injury of assault she had received that day, unable to hear the battery as they only acted on behalf of my batterer Ucla security guard and violated the

2of 3 Injunctive

Gutierrez yanked my splint off my hand telling me "I wasn't that hurt" inciting me to resist arrest by kicking my right foot out to the tallest arrester Ucla Police Officer Briggs who when three people had me on the ground he twisted my right foot three times and I can no longer run. I have walked slow since this incident not putting my weight on the front part of my right foot. I can put all my weight on my heel.

8. The rights to my own body were taken from me by mentally incompetent to stand trial as I was not allowed to refuse drugs which COULD NOT MAKE ME WELL IN THEIR OWN OPINION. Why the government would waste money on drugs at all that do not provide cure and are not wanted by the patient is beyond me. However let's go into my trial experience.

I stopped doing this version of complaint because I found Pro Se 15 Complaint for Violation of Civil Rights (Non-Prisoner) so see that and other CV-126 complaint pleadings.

I included this because of venue.

3 of 3 injunctive

CV-126 (09/09)                PLEADING PAGE FOR A COMPLAINT

Name: Leslie Winchester

Address: 401 E 7th St. Apt 301

Los Angeles, CA 90014

Phone: (310) 866-5619

Fax: NA

In Pro Per

Leslie Winchester

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Leslie Winchester

Plaintiff

v.

District Attorney of California
and
UCLA Police (~~Gatierrez~~
~~Briggs~~ )

Defendant(s).

CASE NUMBER:

To be supplied by the Clerk of
The United States District Court

On Aug. 26, 2019 I went to UCLA medical center ER ~~#~~ in Santa monica directly after I reported assault to Santa monica Police Incident Number 19-105372 to E. Rodriguez # 3911. The doctor determined I had a hairline fracture to my right thumb and splinted it to prevent any movement so I would not have pain. I asked them to get my medical report to the Santa monica police but they refused. The homeless co-ordinator would not place me in Turning Point shelter because as a veteran this IS Domestic violence and not foreign. I was in a mental health crisis wanting my assaulter apprehended ASAP and I did not want to return to the streets where this happened. UCLA medical center ER

page 1 of 7

CV-126 (09/09)                PLEADING PAGE FOR A COMPLAINT

Does not treat the mentally disabled, but what I know is my general practitioner prescribed prozac for my divorce, so I believe angst after an assault should be attended to even by a general practitioner. I believed after 5pm the police station would not be open to take my medical report in person and I felt to act on arresting my assaulter they needed it ASAP so I felt like calling 911 for them to come get it would provide emotional relief to me to be safe to return to the streets. I called 911 at least 7 times to do just that in the ER waiting area and the payphone was under camera.

While I had been treated I had seen a Santa monica Police Officer and asked medical staff to bring him to me, and when I tried to go to him the nurse wanted me seated and waiting for my splint.

I have no ideal how the 911 dispatcher could not understand my mental health crisis over assault. I believe Santa monica Police should have taken me to the ER themselves to get the medical report and I should have been given victim services until my assaulter was captured and

page 2 of 7

prosecuted.

Now the UCLA security guard side swiped me to the floor and put his knee on me despite the fact that he knew I was waiting on the police to come get my medical report. If there is a santa monica police station 4 blocks away like he said then they had 4 blocks to come to me. One of my 911 calls was because I was taken down by him but was afraid to say so in front of him. When ucla police showed up I was very confused because I was in santa monica and saw santa monica police in the ER area and I was afraid they would not charge ucla security guard with ~~touching me~~ tackling me and taking my bag from me because they worked together and against me.

So is it ILLEGAL to include your medical report to your assault case? This is why I need a jury.

I called 911 after UCLA Police showed up and caught my splint in my backpack and it came off. I thought they were fake or something because I saw a santa monica cop in the ER area before. Gutierrez hung the phone up on me

page 3 of 7

for that call.
He spoke to me about wanting to get my medical records to the police for my first assault. I put my splint back on.
We talked about me being mentally disabled veteran. Gutierrez claimed I was not that hurt and ripped my splint from me.
Gutierrez determined he was going to arrest me for trespassing instead of getting my medical report to the right police or taking me to a place that treats mental health crisis of assault. I was adamant using 911 that I needed help.
So despite the fact that UCLA security guard could put me on the floor all by his self. I have four people attacking me in the corner. Gutierrez, Briggs, UCLA security guard, and I think the other was also a UCLA security guard who showed me the ph payphone in the first place.
I jutted my leg out in Briggs direction to stop this wrongful arrest at his groin area because he was the tallest. He backed away and I was put on the floor. Briggs twists my right foot three times, when

page 4 of 7

PLEADING PAGE FOR A COMPLAINT

I was already down on the ground, with three other people.

Two wrongs do not make a right.

They put me handcuffed in the police jeep and about 40 min later return me to the ER. I can walk slow. I tell the intake nurse that the voodoo witchcraft must have transferred out the pain. When the doctor sees me Gutierrez and Briggs are hovering over me, and it is the same doctor who was unable to treat the mental health crisis of assault in the first place. Nobody in the ER came to my rescue because I was tackled to the ground, by their security guard. I am not allowed privacy or time to think with this doctor alone. What I can tell you is being able to walk slow is not being able to run and jump without pain. Doctors do not test your running skills as part of their exams. Homeless people walk slow with two pieces of luggage. I did not try to run until I got my own apartment in June 2021. It was the first time I did not have to take a backpack with me.

page 5 of 7

CV-127 (09-09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

I made an excellent case for my hairlined fracture thumb.

~~Gutierrez and~~ UCLA security guard tackled like a football player without hurting ~~you~~ me.

Gutierrez did not injure my thumb further he just inflamed my sense of injustice.

It hurts to write this with my thumb right now.

I had a trainer tell me I should have had an MRI on my foot, Feb 15, 2022.

I blew up that my medical provider had not done this for me already.

So when bad stuff happens, people want to deny it and hope it just goes away but if I want to live my best life ever I have to attend to injustice.

I can only make the case that I gained weight due to my injured foot from 135 lbs ~~xxxxx~~ Aug 19, 2019 – ~~xxx~~ Aug 2021 stayed until Jan 2022. 195 lbs ~~Jan 2022~~. I think Nov 2021 was the first time I ever had high cholesterol.

Only in acknowledging what I can and can't do with my foot injury for exercise have I been able to lose weight. I now can only eat 1300 calories a day to lose this weight.

page 6 of 7

CV-127 (09-09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

I need to toll the time limits. By this I mean I AM MENTALLY DISABLED But when that is not enough, I am going to tell you that in my trespassing case against my will the female public defender decided I was mentally incompetent to stand trial and I was held in twin towers Oct 2019 - Dec 2019 jail and then placed in Christ Centered ministries overseen by a psychiatrist and the court did not release me until Aug 2020.

I have now learned wrongful arrest, means wrongful incarceration.

Now, I was unable to attend my second hearing due to being in Del Amo mental Health Hospital past a 72 hour hold. I called my LAX male public defender and let him know before the hearing where I was.

I am going to tell you that my religious rights to repent to God over the feast of tabernacles which is an outdoor feast were removed by the VA and Del Amo. I was being street homeless deliberately, for God.

I swear that this statement is true under penalty of perjury,

Leslie Winchester

page 7 of 7

Name: Leslie Winchester

Address: 401 E 7th St Apt 301

Los Angeles, CA 90014

Phone: (310) 866-5619

Fax: n/a

In Pro Per

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| Leslie Winchester | CASE NUMBER: |
|---|---|
| Plaintiff | To be supplied by the Clerk of The United States District Court |
| v. | |
| Attorney General of California and UCLA Police | COMPLAINT |
| Defendant(s). | |

Court

On 08/28/2019 I was in LAX court and assigned Public Defender Conlan P. Danieu. He plead NOT GUILTY for me on that day. I requested to make a declaration to the court and he lied to me about being able to make a declaration claiming he did not know what that meant and would not provide me with the paperwork. I am aware that criminal defendants have the right to remain silent but KNEW I was entirely innocent in both cases so felt like I wanted to write something to the court. Atty Danieu also tried to deny my being assaulted by Global Concepts Security guard had anything to do with being found in the Ucla Medical Center Er trespassing when the reason I was there was because that is WHAT HAPPENED. I went to the hospital to be treated for my injury from that and was for physical hairline fracture to my thumb, but not mental health crisis, nor was I properly provided with a

1 of 4 court

safe place to sleep in Santa Monica from the roving security guard who was still lose on the streets to attack again. I was given restraining orders not able to go back to the hospital to get my medical records to Santa Monica police myself from them and again in the Sheila Marciano case which included her son. medical records to Santa Monica police in my assault case and not to be near Sheila Marciano and her son Ryan because I supposedly violated the restraining order previously when it was in effect which I did not do.

On 09/26/2019 Atty Danieu failed to appear in court for me and tell them I was being held against my will in Del Amo Mental Health Hospital despite the fact that I called him and left two messages to him before the court hearing from there. The psychiatrist at Del Amo Mental Health Hospital who stole my rights to reject medication and be free from his hospital should have had to present me to this court and notify these authorities of where I was. My attorney did not appear and a warrant was place for my arrest according to the docket.

When I was released from the hospital about three days later I called Atty Danieu to try to figure out what happened. I called him a few days after that as well. I did not get any information as to what happened and knew of no new court date.

On 10/18/2019 I appeared in court with Atty Danieu and I was sent to mental health incompetency court.

In mental health incompetency court I met a female who I believe from the docket was Kamya D Wilson (rep). She saw me for four minutes and heard I wanted to plea not guilty. She came back to me and saw me for about three minutes and said I did not understand court and plead mentally incompetent to stand trial against my will.

My history in court is the following:
I had been pro se in three states in family law. She did not say Yakima Court Commissioner Harthcock, Judge Luft, and Judge Reukauf and Santa Monica Commissioner Bobbi Tillmon insisted I had to be in their courts pro se as a mentally disabled person despite asking for an attorney in accordance with the American disability act of 1990. She did not say I did traffic ticket, name change, bankruptcy, and a federal civil rights

2 of 4 court

pleading to courts pro se.  She did not say I was pro se in three restraining orders in California.  She did not tell them I worked with public defenders previously twice with CPS, back child support, trespassing, and traffic ticket.  She did not say I worked with Atty Turner in a bicycle accident case that settled. She did not say I worked with an attorney to obtain mental health disability pay. There is no truth that I don't understand court.  I'm making this pleading right now because I do understand court.

For the November 4, 2019 court hearing nobody came to me to get any history or accurate story from me in jail.  The female speaking to the court for me spent about another four minutes with me for this hearing and kept going forward with mentally incompetent to stand trial against my will and wrongfully.
I was given a form 1370.01 and told to study it and understand it and never tested in any legitimate way over it.  In the government they give you a pamphlet to study the written driver's test and then take you take the test which I have passed.  In San Diego El Cajon court in 2004 the psychiatrist they referred me to gave me a 500 question test to make some determinations over me over at least three days of one hour appointments.  There was never any such thing in mentally incompetent to stand trial and there should be.

The jail psychiatrist who was a tall black man only spent about 30 minutes with me total in two or three visits.  He was there to prescribe me drugs who he himself found did not make me well therefore I should have been allowed to refuse them as they were a waste of money.  He should have
had to test me with a legitimate test and get a history which should be a necessity in mental health court but is not because there is NO REASONABLE BASIS FOR THEIR FINDINGS.

When I was sent to the diversion program at Christ Centered Ministries the psychiatrist there changed my medication and insisted on what it was

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

despite the fact that she claimed it did not make me well wasting money and causing harm to me against all mental health providers. Despite the fact that she saw me about 1/2 an hour a month she NEVER took a history and NEVER tested me on form 1370.01. Her false finding stood in court and I was not allowed to say anything except answer the question I had been asked or risk going to jail if I spoke out against this UNJUST MENTAL HEALTH COURT.

At Christ Centered Ministries Boyd never allowed me to get my belongings from the jail.  I was not allowed to leave the first 20 days without supervision and he would not schedule a driver to help me do so, so the jail discarded my stuff.  I was certain I was walking slow there as Ariel McVickers and another very short, white Mexican female lapped me when we paced(walked) by the building for exercise. The male person who walked us to the mini-mart may have noticed this too, but I would have to ask him.  Frank the nurse there noted weight gain but they never attempted to solve what may be causing it.  The women at the facility were told in meeting not to talk about our crimes, which in my case was not crime at all but I did not speak about what happened to me because we were not allowed to.  Because of Covid we were not allowed to leave at all but under supervision so it was completely prohibitive of freedom.

The rest of my court hearings until 04/04/2019-08/19/2020 were for mentally incompetent to stand trial where what they said stood true when it was not and I was not allowed to speak out against the farce.

4 of 4 Court

Name: Leslie Winchester

Address: 401 E 7th St Apt 301

Los Angeles, CA 90014

Phone: (310) 866-5619

Fax: _____

In Pro Per

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| Leslie Winchester | CASE NUMBER: |
|---|---|
| Plaintiff | To be supplied by the Clerk of The United States District Court |
| v. | |
| Attorney General of California and UCLA Police | COMPLAINT |
| Defendant(s). | |

INJURIES

I have emotional damage that those who are suppose to "HELP" don't.

I cannot get the Santa Monica police to:
prosecute my Global security concepts guard injury of hairline fracture to my thumb
charge Ucla Medical Center Er with patient dumping.

I cannot get UCLA Police to:
fire Ucla Police Officer Briggs for police brutality and charge him with it
charge Ucla Medical Center Er with patient dumping
write up Ucla Police Officer Guttierez for wrongful arrest and battery
charge Ucla security guard with battery

1 of 3 Injury

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

I cannot find a psychiatrist who will acknowledge I have an " incurable" disease and that drugs do not help two assaults, two batteries, wrongful arrest, and wrongful incarceration when they are suppose to be "experts" in the field and assist beyond trying to drug people up and Dr. Radant of the Seattle VA did and no other psychiatrist has since.

I sought help for two assaults, two batteries, wrongful arrest, and wrongful incarceration at the VA 09/17/2019 to be not listened to and placed on a 72 hour hold for homelessness when I was repenting to God for not ever following the Feast of Tabernacles by sleeping on the streets.  During that hold at Del Amo Mental Health Hospital they NEVER LISTENED TO ME about the problem I tried to present to the VA.  They were only interested in providing drugs which I refused until they took me to a hearing within the facility to steal my rights to my own body.  They never established my trust and only were interested in abusing me which is why they have no ideal what my problem was and I intend to make a federal civil rights case against them for mental health abuse.

I cannot find an attorney who will actively and zealously represent me and that went for the public defender Conlan P Danieu and someone who will do this civil rights case for me.

My mental health team Dr. Dong, Social Worker John Herrara, Hud/Vash worker Lori Alford will not give me a working referral for help in this case.  They are perfectly happy to NOT HELP with false referrals and somehow believe that their failure to help a mentally disabled person achieve justice with fair access to the court is an ABYSSMAL FAILURE on their part.

My Los Angeles County victims rights advocate Netanya Hartfield is absolutely clueless what to do in police brutality because all she does is take the case number which Ucla Police won't make.

I have explained the horrible mental health treatment I received in jail and at Christ centered ministries already and I will file medical

2 of 3 injury

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

malpractice suits against them if I cannot obtain it through this case.

I have connected with Downtown Mental Health Center's Angelina Lizarraras counselor who I have only seen once so far because the VA is so ridiculous that they won't allow a mental health patient who was battered twice, assaulted twice, wrongfully arrested, and wrongfully incarcerated into any counseling.

I also have the right foot injury in this case.

I was seen at the Ucla Medical Center ER the same day for it, but because I could walk slow and the two police officers were hovering I could not communicate to the ER doctor properly and I now know he should have performed an MRI.

I have not been able to run or jump like normal since that day.  I cannot place my weight on the ball of my foot.

I did not have it attended to until November 2021 at the downtown VA because I thought that it would go away on its own as my injuries for the bicycle accidents in 2014 did.

Then I did not learn about the MRI until February 15, 2022 from a personal trainer at Gold's gym and went back to get that.  I was aggravated because for the first time ever I felt like the medical team at the VA had not done what they should have already done.

On June 28, 2022 I saw a surgeon in West LA VA who said it was a lateral cuneiform and 3rd metatarsal area where there was arthritis and the bone has calcified there causing a lump.  He's hoping custom orthotics will help.  He did not feel like surgery of shaving the lump would restore my running and jumping ability. I am going to get a second opinion.

3 of 3 Injury

CV-126 (09/09)                     PLEADING PAGE FOR A COMPLAINT

Name: Leslie Winchester

Address: 401 E 7th St Apt 301

Los Angeles, CA 90014

Phone: (310) 866-5619

Fax: n/a

In Pro Per

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| Leslie Winchester | CASE NUMBER: |
|---|---|
| Plaintiff | To be supplied by the Clerk of The United States District Court |
| v. | |
| Attorney General of California and UCLA Police | COMPLAINT |
| Defendant(s). | |

Relief

I want Ucla Medical Center ER prosecuted by the defendants for me or Santa Monica police for patient dumping for restitution of $2,000,000. $250,000 for the general practitioner who did not treat mental health crisis of assault or do an MRI my foot, $250,000 for the homeless coordinator not providing me with transportation to a shelter, $250,000 for the other staff not transferring my medical record to the police when the ER receives medical records at times and the hospital transmits medical records, and $250,000 for Ucla security guard committing battery on me when I was waiting for the police to show up.

I want $40,000 for wrongful arrest by Ucla police.

Since people wrongfully incarcerated can collect $100,000 per year I want $16,667 for my time (2 months) in Twin Towers jail from

1of 3 Relief

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

California State who are the people of California or The Sheriff's Department of Los Angeles for pre-trial jailing me when I am innocent. For my time in the mental health diversion program at Christ Centered Ministries of 8 months (I believe 12/18/2019 - 08/19/2020) I want $66,667 for stealing my freedom.

I want from Public Defender Conlan P. Danieu who never allowed me to make a declaration to the court over my innocence and did not report to the court where I was when I was in Del Amo Mental Health Hospital by showing up at my court hearing 09/26/2019 and telling then where I was and calling me back at Del Amo Hospital with new court date. Failing to appear at a court hearing for my public defender should be $10,000 and 3 years in jail but if he can't do three years in jail for failing to represent me at my hearing when I am being held against my will by a mental health hospital than I ask for $210,000 which is about 3 years pay from him plus the $10,000 fine for a total of $220,000.

I want $250,000 from the female who represented me in mental health court while in jail in Twin Towers because she never provided a test of my abilities and never took a history.

I want $250,000 from the jail psychiatrist who never provided a test of my abilities, drugged me up against my will, and never took a history.

I want $250,000 Christ centered ministries psychiatrist who never provided a test of my abilities, drugged me up against my will, and never took a history.

I want UCLA Police Officer Briggs fired for harming me while on the ground with three other people holding me by twisting my right foot with his hands three times.

I want UCLA Police to train all their police officers on hospital patient dumping and why someone in mental health crisis is not trespassing at

2 of 3 Relief

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

a hospital ER.  The police should have helped me get my medical record to the proper police and gotten me to where my mental health crisis could be treated.

I want $250,000 from each counselor at Christ Centered ministries who would not hear about 08/26/2019, and did not test me on form 1370.01 or get a history. They had no right to say we could not speak about our crimes and insist they were doing something good when in fact they were denying my freedoms and justice of rights to a speedy trial.  That is four people.

I want compensation for my foot injury of all medical expenses and $36,000 a year for not being able to run or jump any longer.  I do not know if it will get better or not at this point.

I want Santa Monica police to pay for my personal injury case against Global Security Concepts guard who hurt me for medical costs and $12,000 a year for ongoing pain of it hurting when I write due to the hairline fracture of my thumb.

I need mental health treatment which includes NO ONE trying to recommend drugs for two assaults, two batteries, and wrongful arrest, wrongful incarceration, and police brutality.  Psychiatrist are suppose to be leaders in mental health able to define problems and recommend assistance and making sure you get it and not a false referral including legal prosecution of people who have wronged you.  As a christian I have NEVER been able to see a Christian counselor because I have been bound by VA free treatment and medi-cal and I would like the defendants to pay for a christian counselor weekly.

I want the cost of my lawyer cost or lawyer appointed to me above and beyond my receipt of any compensation which cannot be determined until the end.

3 of 3 Relief

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

Name: Leslie Winchester

Address: 401 E 7th St Apt 301

Los Angeles, CA 90014

Phone: (310) 866-5619

Fax: n/a

In Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Leslie Winchester | CASE NUMBER: |
|---|---|
| | |
| Plaintiff | To be supplied by the Clerk of The United States District Court |
| v. | |
| Attorney General of California and UCLA Police | COMPLAINT |
| Defendant(s). | |

Witnesses and evidence

UCLA Police Guttierez
UCLA Police Briggs
UCLA Security guard
fourth person in 08/26/2019 arrest who I believe was also a UCLA security guard
video footage from first 911 call from Ucla Medical Center ER by Leslie Winchester until second time returned to police vehicle
Dr. Arash D. Kohanteb
homeless coordinator from UCLA Medical Center ER 08/26/2019 evening
Nursing staff from UCLA Medical Center ER 08/26/2019 evening
Public Defender Conlan P Danieu
phone call record from Del Amo to public defender

1of2 Witnesses and evidence

CV-126 (09/09)                  **PLEADING PAGE FOR A COMPLAINT**

Female who spoke for me at mental health court while I was in Twin Towers

Jail Psychiatrist

Christ Centered Ministries psychiatrist

Ariel McVickers

short Mexican female from Christ Centered ministries

Counselors from Christ Center Ministries

and more to be determined during discovery process.

Alternative dispute resolution has to be done through the judge because I can afford no other way.

2of 2 Witnesses and Evidence

Los Angeles, CA 90014

Phone: (310) 866-5619

Fax: n/a

In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Leslie Winchester

CASE NUMBER:

                                    Plaintiff

To be supplied by the Clerk of
The United States District Court

v.

Attorney General of California
and
UCLA Police

COMPLAINT

                                    Defendant(s).

Attachments to case

May 12, 2022 letter to Tony Lee
May 19, 2022 response from Ucla Police
Form 1370.01
Santa Monica Police Department Drop-Off Report
Ucla Medical Center ER 08/19/2019 paperwork
Case 09-3-00432-6 Commissioner Gayle M. Harthcock
MC=410 Mar 16, 2022
MC-410 Mar 18,2022

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

May 12, 2022
Leslie Winchester
401 E 7th St. Apt 301
Los Angeles, CA 90014
(310) 866-5619
lesliewinchestee@gmail.com

Chief of Police: Tony Lee
601 Westwood Plaza
Los Angeles, CA 90095-1364
(310) 825-1491
e-mail: info@ucpd.ucla.edu

Dear Chief Lee:

I sent your department an email May 3, 2022 4:00 PM. You all have failed to respond.

On Aug 26, 2019 UCLA medical center ER, Santa Monica broke the following laws:

1986 Emergency medical Treatment and Active Labor Act

Jerry Brown's SB 1152 into law on Sept 30, 2018.

Health and safety code 1262.5

They failed to treat mental health crisis of my assault by Global Concepts security

guard in Santa monica, but did acknowledge physical injury of hairline fracture to my thumb and supplied a splint.

UCLA medical Center ER is suppose to transfer someone in mental health crisis to a facility that treats that. They are also suppose to house homeless individuals and transfer then to a place that knows your coming and will be welcomed warmly.

Instead I was battered twice, and assaulted anew.

This is why I have false arrest.

Sincerely yours,

Leslie Winchester

Please inform me ASAP of the police reports this generates for my victim advocate to follow my cases.

**UNIVERSITY OF CALIFORNIA, LOS ANGELES**

**UCLA**

BERKELEY · DAVIS · IRVINE · LOS ANGELES · MERCED · RIVERSIDE · SAN DIEGO · SAN FRANCISCO



SANTA BARBARA · SANTA CRUZ

POLICE DEPARTMENT
601 WESTWOOD PLAZA
BOX 951364
LOS ANGELES, CALIFORNIA 90095-1364

May 19, 2022

Leslie Winchester
401 E 7th St, Apt 301
Los Angeles, CA 90014

Dear Leslie Winchester,

The investigation into the complaint you filed against an officer of the UCLA Police Department on May 17, 2022, has been completed. A supervisor thoroughly investigated your claims. This included a review of all video. Based on this review there is no indication of any misconduct by the involved officers.

Based on the video, you resisted arrest after attempts to have you leave peacefully. The proper venue to conets your arrest is the court.

Because there is no evidence of misconduct your complaint is considered resolved and the matter closed.

Should you have any questions or concerns regarding this process, please contact Administrative Lieutenant Richard Davis at rdavis@ucpd.ucla.edu

Sincerely,

Tony Lee
Chief of Police

By:

Richard Davis
Lieutenant
Administrative Division

cc: Complaint File

# SANTA MONICA POLICE DEPARTMENT
## DROP-OFF REPORT

INSTRUCTIONS: Fill in as completely as possible. Value is fair market value. If witness name is listed, state briefly what he/she observed. If there is sufficient information, as definite suspect, license number, or if theft is over $2500.00 DO NOT use this form. Notify the Officer. (If Officer cannot be contacted, call Police Station at 310-458-8491) If a business, give business name.

### PLEASE PRINT OR TYPE. USE BLACK INK

museum

Theft: ☐ From Auto ☑ Other (specify) California Heritage ☐ Nuisance, Malicious Mischief

Loss: ☑ Jewelry ☑ Purse/Wallet ☑ Cell Phone ☐ I.D. (Type)_____ ☐ Other (specify)

INCIDENT NUMBER (Office use only)

| DATE CRIME REPORTED TO POLICE DEPT. | TIME | | REPORTING DISTRICT (OFFICE USE ONLY) |
|---|---|---|---|
| Oct 2, 2017 | | ☐ A.M. ☐ P.M. | |

| DATE CRIME OCCURRED - EARLIEST | TIME | | DATE CRIME OCCURRED - LATEST | TIME | | DAY OF WEEK CRIME OCCURRED |
|---|---|---|---|---|---|---|
| may 2017 | early afternoon | ☐ A.M. ☐ P.M. | 5 PM | | ☐ A.M. ☐ P.M. | weekday |

| LOCATION OF OCCURRENCE (Street Address) | | TYPE OF PREMISES WHERE THEFT OCCURRED (House, Apt., etc) |
|---|---|---|
| california Heritage museum main St ocean Pk Blvd | | santa monica park bench |

| NAME OF VICTIM (Name of Firm, if Business) - Last, First, Middle | DATE OF BIRTH | RESIDENCE PHONE NUMBER | CELL/OTHER PHONE NUMBER | HOMELESS |
|---|---|---|---|---|
| Leslie Winchester | Jan 19, 1970 | none | stolen phone | ☑ YES ☐ NO |

| RESIDENCE ADDRESS (Address of Firm, If Business) | CITY | ZIP CODE | EMAIL ADDRESS |
|---|---|---|---|
| 1653 7th St | Santa monica | 90401 | lesliewin1@gmail.com |

| OCCUPATION OF VICTIM | SEX | RACE |
|---|---|---|
| disabled veteran | ☐ Male ☑ Female | white |

| NAME OF PERSON REPORTING CRIME - Last, First, Middle | DATE OF BIRTH | RESIDENCE PHONE NUMBER | CELL/OTHER PHONE NUMBER | HOMELESS |
|---|---|---|---|---|
| Winchester, Leslie A | Jan 19, 1970 | none | stolen phone | ☑ YES ☐ NO |

| RESIDENCE ADDRESS (Address of Firm, If Business) n license | CITY | ZIP CODE | EMAIL ADDRESS |
|---|---|---|---|
| 1653 7th St | santa monica | 90401 | lesliewin1@gmail.com |

| NAME OF WITNESS - Last, First, Middle | DATE OF BIRTH | RESIDENCE PHONE NUMBER | CELL/OTHER PHONE NUMBER | HOMELESS |
|---|---|---|---|---|
| none | | | | ☐ YES ☐ NO |

| RESIDENCE ADDRESS (Address of Firm, If Business) | CITY | ZIP CODE | EMAIL ADDRESS |
|---|---|---|---|
| | | | |

| TYPE OF PROPERTY TAKEN | EXACT LOCATION OF PROPERTY ON PREMISES (Bedroom, Kitchen, Yard, etc) |
|---|---|
| purse, cell phone, make-up jewelry | park bench |

| DESCRIPTION OF AUTO FROM WHICH THEFT OCCURRED (Year, Make, Model, Color, License Number) | WAS AUTO LOCKED? |
|---|---|
| | ☐ Yes ☐ No |

### DESCRIPTION OF THEFT OR LOSS

Write a brief paragraph describing circumstances of how theft or loss occurred. Then describe fully each item taken/lost (brand name, color, etc.). Give serial number, marks of identification and present market value. Determine actual cash value of each article (not sentimental value).

A black/white volcom purse *$20* with a cell phone *$100*, make-up, *$10* 2 bracelets *$4* was taken by I suspect an oriental male about 5'8" age 25-35. I stepped 20 feet away from luggage into the parking lot area and when I came back it was missing. I normally keep my wallet and phone on a belt around my waist so I did not notice my phone was missing until I was out of the area. I only attempted to suspend service with sprint last month but ~~they overcharg~~ I believe they

| | TOTAL VALUE | $ 134.00 |
|---|---|---|

| OFFICER(S) REPORTING | CALL SIGN | SERIAL # | SUPERVISOR APPROVING | SERIAL # |
|---|---|---|---|---|
| GALVAN | 3 | 3344 | | |

SMPD Form # 3.4.1-A (Revised 10/12/2010)

1L90

## Understanding your plea options

- **Guilty** – you did the crime as charged; if you plead guilty there is no trial, you go directly to sentencing

- **Not Guilty** – you did not do the crime as charged; you often go to jury trial; if the prosecutor cannot prove you are guilty, you are released

- **No Contest** – you decide that you will not fight your case, but you are not admitting guilt either. This means you give up the right to trial. You will be sentenced as if you pleaded guilty.

- **Not Guilty by Reason of Insanity** – your lawyer argues that you should not be held criminally responsible for your crime because you were insane at the time you did it; if you are found not guilty by reason of insanity, you will be sent to a psychiatric hospital

- **Plea Bargain** – an agreement or deal made between you, the public defender (your attorney), the district attor-

## How do I assist my attorney?

- Tell your attorney the whole truth so they can decide the best way to defend you

- Talk to your attorney about everything that happened leading to your arrest

- REMEMBER…what you tell your attorney is confidential

## Appropriate Courtroom Behavior

- Be on time

- Dress neatly

- Shower, comb your hair, and shave (if possible)

- Do not bring food or drinks into the courtroom

- Show respect to the people who are there

- There may be other cases before you. You will need to be quiet and wait until your case is called.

- Call the judge "Your Honor"

- Don't speak unless the judge or a lawyer asks you to. If you want to say something, you should tell your attorney or let your attorney talk for you.

- If you don't understand something, say that you don't understand and someone will explain it for you.

- If your lawyer decided you will go on the witness stand, be sure to speak clearly and only answer the question being asked. *Do not try to add additional information.*

- Do not speak too loudly, yell, or curse in the courtroom. If you do, you may be held in contempt of court and removed from the courtroom. The judge can also impose a sentence (fine or jail time) for your inappropriate behavior in the courtroom.

- If you become upset or frustrated and cannot remain quiet, tell your attorney that you need a break.

## 1370.01

# MISDEMEANOR INCOMPETENT TO STAND TRIAL PROGRAM

Name:

Case 2:22-cv-04555-JGB-MAR   Document 1   Filed 07/05/22   Page 35 of 121   Page ID #:35

## Understanding your plea options

- **Guilty -** you did the crime as charged; if you plead guilty there is no trial, you go directly to sentencing

- **Not Guilty -** you did not do the crime as charged; you often go to jury trial; if the prosecutor cannot prove you are guilty, you are released

- **No Contest -** you decide that you will not fight your case, but you are not admitting guilt either. This means you give up the right to trial. You will be sentenced as if you pleaded guilty.

- **Not Guilty by Reason of Insanity** - your lawyer argues that you should not be held criminally responsible for your crime because you were insane at the time you did it; if you are found not guilty by reason of insanity, you will be sent to a psychiatric hospital

- **Plea Bargain -** an agreement or deal made between you, the public defender (your attorney), the district attor-

## How do I assist my attorney?

- Tell your attorney the whole truth so they can decide the best way to defend you

- Talk to your attorney about everything that happened leading to your arrest

- REMEMBER…what you tell your attorney is confidential

## Appropriate Courtroom Behavior

- Be on time

- Dress neatly

- Shower, comb your hair, and shave (if possible)

- Do not bring food or drinks into the courtroom

- Show respect to the people who are there

- There may be other cases before you. You will need to be quiet and wait until your case is called.

- Call the judge "Your Honor"

- Don't speak unless the judge or a lawyer asks you to. If you want to say something, you should tell your attorney or let your attorney talk for you.

- If you don't understand something, say that you don't understand and someone will explain it for you.

- If your lawyer decided you will go on the witness stand, be sure to speak clearly and only answer the question being asked. *Do not try to add additional information.*

- Do not speak too loudly, yell, or curse in the courtroom. If you do, you may be held in contempt of court and removed from the courtroom. The judge can also impose a sentence (fine or jail time) for your inappropriate behavior in the courtroom.

- If you become upset or frustrated and cannot remain quiet, tell your attorney that you need a break.

## 1370.01

# MISDEMEANOR INCOMPETENT TO STAND TRIAL PROGRAM

Name:

| SANTA MONICA UCLA MEDICAL CENTER<br>1250 16TH STREET<br>SANTA MONICA CA 90404-1101 | Winchester, Leslie<br>MRN: 6106084, DOB: 1/19/1970, Sex: F<br>Adm: 8/26/2019, D/C: 8/26/2019 |
|---|---|

## Events

### ED Arrival at 8/26/2019 1615
Unit: UCLA Santa Monica Emergency Department

### Admission at 8/26/2019 1620
| Unit: UCLA Santa Monica Emergency Department | Room: HALL B | Bed: HALL B |
|---|---|---|
| Patient class: Emergency | Service: Emergency Medicine | |

### ED Roomed at 8/26/2019 1620
Unit: UCLA Santa Monica Emergency Department

### Discharge at 8/26/2019 1755
| Unit: UCLA Santa Monica Emergency Department | Room: HALL B | Bed: HALL B |
|---|---|---|
| Patient class: Emergency | Service: Emergency Medicine | |

### Discharge at 8/26/2019 1755
Unit: UCLA Santa Monica Emergency Department

## Allergies as of 6/8/2022
No Known Allergies

## Immunizations as of 08/26/19
None

## Medical as of 8/26/2019

### Past Medical History
| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety | — | — | Provider |
| Bipolar disorder (HCC/RAF) | — | — | Provider |
| Depression | — | — | Provider |

Pertinent Negatives: None

## Tobacco Use as of 8/26/2019

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Former Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

## Alcohol Use as of 8/26/2019

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | | — | — | Provider |

## Drug Use as of 8/26/2019

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

## Sexual Activity as of 8/26/2019

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

## Socioeconomic as of 8/26/2019

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

## Problem List as of 8/26/2019
None

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Problem List (continued)** as of 8/26/2019

| SANTA MONICA UCLA MEDICAL CENTER<br>1250 16TH STREET<br>SANTA MONICA CA 90404-1101 | Winchester, Leslie<br>MRN: 6106084, DOB: 1/19/1970, Sex: F<br>Adm: 8/26/2019, D/C: 8/26/2019 |
|---|---|

## ED Information

### ED Arrival Information

| Expected | Arrival | Acuity | Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|---|---|---|
| - | 8/26/2019 16:15 | Four | Walk-in | Self | Emergency Medicine | Emergency |

Arrival complaint
-

### ED Disposition

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| **Discharge** | -- | Kohanteb, Arash D., MD | Mon Aug 26, 2019 5:37 PM | Leslie Winchester discharge to home/self care.<br><br>Condition at discharge: Stable<br><br>I have determined the patient to be medically stable for discharge and is able to navigate the resources provided. The patient is alert and oriented to person, place and time. I have communicated post-discharge medical needs and follow up to the patient. |

### ED Provider Notes

#### ED Provider Notes by Kohanteb, Arash D., MD at 08/26/19 1640

| Author: Kohanteb, Arash D., MD<br>Filed: 08/26/19 2012<br>Status: Signed | Service: Emergency Medicine<br>Date of Service: 08/26/19 1640<br>Editor: Kohanteb, Arash D., MD (Physician) | Author Type: Physician<br>Creation Time: 08/26/19 1640 |
|---|---|---|

# Santa Monica UCLA Medical Center
# Emergency Department Service Report

**Leslie Winchester 49 y.o. female , presents with Finger Injury**

## Triage

Arrived on 8/26/2019 at 4:15 PM
Arrived by Walk-in [14]

ED Triage Vitals

| Temp | Temp Source | BP | Heart Rate | Resp | SpO2 | O2 Device | Pain Score | Weight |
|---|---|---|---|---|---|---|---|---|
| 08/26/19 1620 | 08/26/19 1620 | 08/26/19 1620 | 08/26/19 1620 | 08/26/19 1620 | 08/26/19 1620 | 08/26/19 1620 | 08/26/19 1700 | -- |
| 37.4 °C (99.3 °F) | Oral | 143/89 | 99 | 16 | 99 % | None (Room air) | Four | |

## Pre hospital care:

No Known Allergies

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

ED Provider Notes (continued)

ED Provider Notes by Kohanteb, Arash D., MD at 08/26/19 1640 (continued)

## History

Patient is a 49 y.o. female who presents to the ED with complaint of RUE pain. Pain began gradually a few hours ago PTA, is constant, aching and unchanged; it is non-radiating, and without alleviating factors. Patient was assaulted by security guard where her right thumb was pulled.

The history is provided by the patient. No language interpreter was used.

### Extremity Pain

This is a new problem. The current episode started 3 to 5 hours ago. The problem occurs constantly. The problem has not changed since onset.Pain location: right thumb. The quality of the pain is described as aching. The pain is at a severity of 5/10. The pain is moderate. She has tried nothing for the symptoms. The treatment provided no relief.

Past Medical History:

Diagnosis                                                                    Date
   • Anxiety
   • Bipolar disorder (HCC/RAF)
   • Depression

History reviewed. No pertinent surgical history.

Past Family History

Family history reviewed by me and there is no pertinent past family history related to patient's current case and/or care.

Past Social History

never smoker.

Review of Systems
Musculoskeletal:
   **+right hand pain.**
All other systems reviewed and are negative.

## Physical Exam

Physical Exam
Constitutional: She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal. No respiratory distress.
Musculoskeletal: Normal range of motion. She exhibits no deformity.
**Flexion Extension intact**
**Mild TTP to the IP joint of the right thumb.**
Neurological: She is alert.
Skin: Skin is warm and dry.

Generated on 6/8/22  1:22 PM

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

ED Provider Notes (continued)

ED Provider Notes by Kohanteb, Arash D., MD at 08/26/19 1640 (continued)
Psychiatric: She has a normal mood and affect. Her behavior is normal.
Nursing note and vitals reviewed.

## ED Course

## Laboratory Results
Labs Reviewed - No data to display

## Imaging Results

XR finger pa+lat+obl right (3 views)
Final Result by Chen, Johnathan, MD (08/26 1712)
IMPRESSION:

The radial sesamoid of the thumb MCP joint appears
fractured. No significant displacement.

Signed by: Johnathan Chen    8/26/2019 5:12 PM

## Administered Medications

Medication Administration from 08/26/2019 1615 to 08/26/2019 2011
    None

## Procedures
Procedures
**Splint Application**
Date/Time: 08/26/2019 5:37 PM
Authorized by: Kohanteb, Arash D., MD
Location details: Right thumb
Splint type: Finger Splint
Post-procedure: The splinted body part was neurovascularly unchanged following the procedure.
Patient tolerance: Patient tolerated the procedure well with no immediate complications.

MDM
MDM: Patient presents with acute right hand pain. XR done showing fracture of the thumb MCP joint. Patient
neurovasc intact. There is possibility for internal derrangement however no gross abnormality here on exam.
Patient splinted here in ED and giveninstructions to f/u with orthopedics and for possible MRI. No other acute
issues at this time. Patient denies any direct trauma.
**Data Reviewed/Counseling:** I have reviewed the patient's vital signs, nursing notes and old medical records. I
had a detailed discussion with the patient regarding the historical points, exam findings, and any diagnostic
results supporting the discharge diagnosis. I also discussed lab results, the need for outpatient follow-up and
the need to return to the ED if symptoms worsen or if there are any questions or concerns that arise at home.

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

ED Provider Notes (continued)

ED Provider Notes by Kohanteb, Arash D., MD at 08/26/19 1640 (continued)

Patient is alert and oriented, has capacity to make their own decisions and can be safely discharged. Social worker was consulted, case discussed. Appropriate resources were provided to patient on discharge.

**MDM: Patient is a 49-year-old female presents emergency room after stating that she got in an altercation with a security guard. Patient presents with right hand pain. Patient denies any suicidal ideation or homicidal ideation. Patient was seen and evaluated by social work as the patient is homeless and states that she has mental health issues. On my evaluation patient with normal neurological exam. Patient with tenderness to palpation over the right thumb. X-ray showing a fracture of the sesamoid bone, range of motions intact and neurovascularly intact. Patient was splinted with an aluminum finger splint.**

## Clinical Impression

1.     Closed fracture of sesamoid bone of right hand, initial encounter

## Prescriptions

## Discharge Medication List as of 8/26/2019  7:03 PM

## START taking these medications

|  | Details |
|---|---|
| **ibuprofen 400 mg tablet** | Take 1 tablet (400 mg total) by mouth every six (6) hours as needed., Starting Mon 8/26/2019, Normal |

## Disposition and Follow-up
Disposition: Discharge [1]

No future appointments.

Follow up with:  Pcp, No, MD

In 3 days

UCLA Santa Monica Emergency Department
1250 16th Street
Santa Monica California 90404
424-259-8405

If symptoms worsen

Return precautions are specified on After Visit Summary.

Generated on 6/8/22  1:22 PM

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**ED Provider Notes (continued)**

**ED Provider Notes by Kohanteb, Arash D., MD at 08/26/19 1640 (continued)**

The documentation on this chart was performed by Chris Promprasert, scribed for Kohanteb, Arash D., MD

08/26/2019 5:17 PM

All scribe entries and documentation made by the scribe were entered at my direction.  I have reviewed this medical record and agree to the accuracy and completeness of the content entered by the scribe.  The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me.

Kohanteb, Arash D., MD
08/26/19 2012

Electronically signed by Kohanteb, Arash D., MD at 08/26/19 2012

**ED Notes - ED Notes**

**ED Notes by Canganelli, Amanda Christin, RN at 08/26/19 1752**

| | | |
|---|---|---|
| Author: Canganelli, Amanda Christin, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 08/26/19 1753 | Date of Service: 08/26/19 1752 | Creation Time: 08/26/19 1752 |
| Status: Signed | Editor: Canganelli, Amanda Christin, RN (Registered Nurse) | |

Pt given d/c instructions and prescription education. NAD,VSS,AAOX4. Ambulatory with steady gait. Pt verbalizes understanding and is encouraged to return to ED if symptoms persist or worsen.

Electronically signed by Canganelli, Amanda Christin, RN at 08/26/19 1753

**ED Notes by Canganelli, Amanda Christin, RN at 08/26/19 1751**

| | | |
|---|---|---|
| Author: Canganelli, Amanda Christin, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 08/26/19 1751 | Date of Service: 08/26/19 1751 | Creation Time: 08/26/19 1751 |
| Status: Signed | Editor: Canganelli, Amanda Christin, RN (Registered Nurse) | |

SW michael at bedside. Pt requesting resources for psychiatric services.

Electronically signed by Canganelli, Amanda Christin, RN at 08/26/19 1751

**ED Notes by Connolly, Dana J., NP at 08/26/19 1702**

| | | |
|---|---|---|
| Author: Connolly, Dana J., NP | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 08/26/19 1706 | Date of Service: 08/26/19 1702 | Creation Time: 08/26/19 1706 |
| Status: Signed | Editor: Connolly, Dana J., NP (Nurse Practitioner Student) | |

Pt reports right thumb pain and decreased ROM since being assualted by a police officer at 12 am this morning at Nielsen Way and Barnard Way. Pt has a copy of the report filed with SMPD: ID 19-103907, Officer Galvan.

Electronically signed by Connolly, Dana J., NP at 08/26/19 1706

Generated on 6/8/22  1:22 PM

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Notes**

Discharge Summary

No notes of this type exist for this encounter.

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**History & Physical**

No notes of this type exist for this encounter.

| | |
|---|---|
| SANTA MONICA UCLA MEDICAL CENTER | Winchester, Leslie |
| 1250 16TH STREET | MRN: 6106084, DOB: 1/19/1970, Sex: F |
| SANTA MONICA CA 90404-1101 | Adm: 8/26/2019, D/C: 8/26/2019 |

Consultation

**Consults by Lopez, Maria Evisaid, LCSW at 08/26/19 1647**

| | | |
|---|---|---|
| Author: Lopez, Maria Evisaid, LCSW | Service: Emergency Medicine | Author Type: Social Worker |
| Filed: 08/26/19 1803 | Date of Service: 08/26/19 1647 | Creation Time: 08/26/19 1647 |
| Status: Signed | Editor: Lopez, Maria Evisaid, LCSW (Social Worker) | |

Pt was referred to Homeless Care Coordinator due to homeless.

Pt is a 49 y/o female. Pt reported being homeless since 2016 after being evicted from her Santa Monica section 8 apartment she lived in since 2008. Pt reported currently connected with Step Up on 2nd (1328 2nd Street Santa Monica CA. 90401). Pt reported using Step Up on 2nd address as her mailing address. Pt reported having no cell phone or an emergency contact. HCC offered pt addition resources. Pt decline, stating "what I need is a bed in Samoshel/The People Concern". HCC inform pt since, as she stated, to have been in contact with Samoshel staff and been informed of no Case Management or bed availability at this time, she should continue to check in weekly for availability.

Pt was wearing weather appropriate clothing, Pt decline additional resources, transportation and a meal at this time. Pt refused to sign homeless discharge form.

Electronically signed by Lopez, Maria Evisaid, LCSW at 08/26/19 1803

---

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

## Operative Note

No notes of this type exist for this encounter.

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Procedure Note**

No notes of this type exist for this encounter.

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Progress Notes**

No notes of this type exist for this encounter.

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Discharge Instructions - Other Notes**

**Discharge Instructions by Kohanteb, Arash D., MD at 08/26/19 1738**

Author: Kohanteb, Arash D., MD
Filed: 08/26/19 1738
Status: Written

Service: —
Date of Service: 08/26/19 1738
Editor: Kohanteb, Arash D., MD (Physician)

Author Type: Physician
Creation Time: 08/26/19 1738

# Finger Fracture, Closed

You have a broken finger (fracture). This causes local pain, swelling, and bruising. This injury usually takes about 4 to 6 weeks to heal, but can take longer in some cases. Finger injuries are often treated with a splint or cast, or by taping the injured finger to the next one (buddy taping). This protects the injured finger and holds the bone in position while it heals. More serious fractures may need surgery.

If the fingernail has been severely injured, it will probably fall off in 1 to 2 weeks. A new fingernail will usually start to grow back within a month.

## Home care

Follow these guidelines when caring for yourself at home:

- Keep your hand elevated to reduce pain and swelling. When sitting or lying down keep your arm above the level of your heart. You can do this by placing your arm on a pillow that rests on your chest or on a pillow at your side. This is most important during the first 2 days (48 hours) after the injury.
- Put an ice pack on the injured area. Do this for 20 minutes every 1 to 2 hours the first day for pain relief. You can make an ice pack by wrapping a plastic bag of ice cubes in a thin towel. As the ice melts, be careful that the cast or splint doesn't get wet. Continue using the ice pack 3 to 4 times a day until the pain and swelling go away.
- Keep the cast or splint completely dry at all times. Bathe with your cast or splint out of the water. Protect it with a large plastic bag, rubber-banded at the top end. If a fiberglass cast or splint gets wet, you can dry it with a hair dryer.
- If buddy tape was put on and it becomes wet or dirty, change it. You may replace it with paper, plastic, or cloth tape. Cloth tape and paper tapes must be kept dry. Keep the buddy tape in place for at least 4 weeks.
- You may use acetaminophen or ibuprofen to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease, talk with your healthcare provider before using these medicines. Also talk with your provider if you've had a stomach ulcer or gastrointestinal bleeding.
- Don't put creams or objects under the cast if you have itching.

## Follow-up care

Follow up with your healthcare provider, or as advised. This is to make sure the bone is healing the way it should.

X-rays may be taken. You will be told of any new findings that may affect your care.

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- The plaster cast or splint becomes wet or soft
- The cast or splint cracks
- The fiberglass cast or splint stays wet for more than 24 hours
- Pain or swelling gets worse

Generated on 6/8/22  1:22 PM

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Discharge Instructions - Other Notes (continued)**

**Discharge Instructions by Kohanteb, Arash D., MD at 08/26/19 1738 (continued)**

- Redness, warmth, swelling, drainage from the wound, or foul odor from a cast or splint
- Finger becomes more cold, blue, numb, or tingly
- You can't move your finger
- The skin around the cast or splint becomes red
- Fever of 100.4°F (38°C) or higher, or as directed by your healthcare provider

**Date Last Reviewed:** 2/1/2017

© 2000-2018 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Electronically signed by Kohanteb, Arash D., MD at 08/26/19 1738

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

| SANTA MONICA UCLA MEDICAL CENTER | Winchester, Leslie |
|---|---|
| 1250 16TH STREET | MRN: 6106084, DOB: 1/19/1970, Sex: F |
| SANTA MONICA CA 90404-1101 | Adm: 8/26/2019, D/C: 8/26/2019 |

## Imaging - Orders and Results

### XR finger pa+lat right (2 views) [389875047]

Electronically signed by: **Kohanteb, Arash D., MD on 08/26/19 1657**
Ordering user: Kohanteb, Arash D., MD 08/26/19 1657
Authorized by: Kohanteb, Arash D., MD
Discontinued by: Fernandez, Jose Manuel 08/26/19 1709 [Per Protocol]

Ordering provider: Kohanteb, Arash D., MD
Ordering mode: Standard

Status: **Discontinued**

#### Questionnaire

| Question | Answer |
|---|---|
| Reason for exam: | post trauma |
| Is patient required to be on monitor & observed by RN during transport? | No |
| What finger? | thumb |

### XR finger pa+lat right (2 views) [389875048]

Electronically signed by: **Kohanteb, Arash D., MD on 08/26/19 1657**
Ordering user: Kohanteb, Arash D., MD 08/26/19 1657
Authorized by: Kohanteb, Arash D., MD
Discontinued by: Fernandez, Jose Manuel 08/26/19 1709 [Per Protocol]

Ordering provider: Kohanteb, Arash D., MD
Ordering mode: Standard

Status: **Discontinued**

#### Questionnaire

| Question | Answer |
|---|---|
| Reason for exam: | post trauma |
| Is patient required to be on monitor & observed by RN during transport? | No |
| What finger? | thumb |

### XR finger pa+lat+obl right (3 views) [389875049]

Electronically signed by: **Fernandez, Jose Manuel on 08/26/19 1657**
Ordering user: Fernandez, Jose Manuel 08/26/19 1657
Authorized by: Kohanteb, Arash D., MD

Ordering provider: Kohanteb, Arash D., MD
Ordering mode: Transcribed order

Status: **Completed**

#### Questionnaire

| Question | Answer |
|---|---|
| Reason for exam: | post trauma |
| Is patient required to be on monitor & observed by RN during transport? | No |
| What finger? | Thumb |

Modified from: XR finger pa+lat right (2 views) [389875047]

### XR finger pa+lat+obl right (3 views) [389875050]

Electronically signed by: **Fernandez, Jose Manuel on 08/26/19 1657**
This order may be acted on in another encounter.
Ordering user: Fernandez, Jose Manuel 08/26/19 1657
Authorized by: Kohanteb, Arash D., MD

Ordering provider: Kohanteb, Arash D., MD
Ordering mode: Transcribed order

Status: **Completed**

#### Questionnaire

| Question | Answer |
|---|---|
| Reason for exam: | post trauma |
| Is patient required to be on monitor & observed by RN during transport? | No |
| What finger? | Thumb |

### XR finger pa+lat+obl right (3 views) [389875050]

Resulted: 08/26/19 1712, Result status: Final result

Ordering provider: Kohanteb, Arash D., MD  08/26/19 1657
Performed: 08/26/19 1708 - 08/26/19 1709
Resulting lab: UCLA RADIOLOGY
Narrative:
XR FINGER PA LAT OBL RIGHT 3V
8/26/2019 5:10 PM

Resulted by: Chen, Johnathan, MD
Accession number: 45684699

COMPARISON EXAMINATION: None

CLINICAL INFORMATION: (As Provided By Dr. KOHANTEB): post trauma.

Impression:
IMPRESSION:

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

## Imaging - Orders and Results (continued)

The radial sesamoid of the thumb MCP joint appears fractured. No significant displacement.

Signed by: Johnathan Chen    8/26/2019 5:12 PM

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - UCLARad** | UCLA RADIOLOGY | Model Lab Director | Westwood<br>Los Angeles CA | 04/13/11 2306 - Present |

### Medication Orders

#### acetaminophen 325 mg tab [389875055]

Electronically signed by: **Interface, Ads Dispense on 08/26/19 1956**
Ordering user: Interface, Ads Dispense 08/26/19 1956          Ordering mode: Standard
Discontinued by: Discharge Provider, Automatic 08/26/19 2155 [Patient Discharge]
Medication comments: RAI, MANPREET: cabinet override
Package: 50580-600-02

Status: **Discontinued**

#### ibuprofen 400 mg tablet [389875051]

Electronically signed by: **Kohanteb, Arash D., MD on 08/26/19 1738**
Ordering user: Kohanteb, Arash D., MD 08/26/19 1738          Ordering provider: Kohanteb, Arash D., MD
Authorized by: Kohanteb, Arash D., MD          Ordering mode: Standard
Package: 55111-682-01

Status: **Active**

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Medication Administration**

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

## Medication Administration

acetaminophen 325 mg tab [389875055]

Status: **Discontinued (Past End Date/Time)**, Reason: **Patient Discharge**
Starts/Ends: **08/26/19 1956 - 08/26/19 2155**
Route: —
Ordered Rate/Order Duration: — / —
Note to pharmacy: **RAI, MANPREET: cabinet override**

Ordered On: **08/26/19 1956**
Ordered Dose (Remaining/Total): — **(1/1)**
Frequency: —
Admin Instructions: **RAI, MANPREET: cabinet override**

(No admins scheduled or recorded for this medication)

## Prior to Admission Medications

None

## Prior to Admission Medications Review Audit

Reviewed by Christians, Lauren Moira, RN (Registered Nurse) on 08/26/19 at 1620

| Medication | Order | Sig | Last Dose | Informant | Status | Taking? |
|---|---|---|---|---|---|---|

No Medications to Display

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Patient Education**

No education to display

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Flowsheets (all recorded)**

### Arrival Documentation - Mon August 26, 2019

| Row Name | 1618 | 1617 |
|---|---|---|
| **Triage Start** | | |
| Triage Start | **Start** -LC at 08/26/19 1618 | **Start** -LC at 08/26/19 1617 |

### Prehospital Treatment - Mon August 26, 2019

| Row Name | 1620 | 1617 |
|---|---|---|
| **Prehospital Treatment** | | |
| Prehospital Treatment | **No** -LC at 08/26/19 1620 | **No** -LC at 08/26/19 1617 |

### Foreign Travel Screening *Notify Charge Nurse and Infection Prevention for ALL positive screens* - Mon August 26, 2019

| Row Name | 1620 |
|---|---|
| **Foreign Travel Screening *Notify Charge Nurse and Infection Prevention for ALL positive screens*** | |
| Have you traveled to and/or been in contact with a person that has traveled outside of the country within the last 30 days? | **No** -LC at 08/26/19 1620 |

### Filed Time: - Mon August 26, 2019

| Row Name | 1657 |
|---|---|
| **Comprehensive Exam Initiated** | |
| Contact Date | **08/26/19** -AK at 08/26/19 1657 |
| Contact Time | **1657** -AK at 08/26/19 1657 |

### Acuity - Mon August 26, 2019

| Row Name | 1621 |
|---|---|
| **Acuity/Destination** | |
| Patient Acuity | **Four** -LC at 08/26/19 1621 |

### Screenings - Mon August 26, 2019

| Row Name | 1621 | 1620 |
|---|---|---|
| **Fall Risk** | | |
| Fall Risk Assessment | **None of the above** - LC at 08/26/19 1621 | — |
| Fall Risk? | **No** -LC at 08/26/19 1621 | — |

Severe Sepsis/Septic Shock Screen - *Complete ALL Sepsis screening questions upon admission/transfer, at change of shift handover, and with acute change in patient condition*

| | | |
|---|---|---|
| *HAS SUSPECTED/CONFIRMED INFECTION? | — | **No** -LC at 08/26/19 1620 |
| In last 12 hours temperature < 36 C or > 38.3 C | — | **No** -LC at 08/26/19 1620 |
| In last 12 hours HR > 90 beats per minute | — | ***YES*** -LC at 08/26/19 1620 |
| In last 12 hours RR > 20 breaths per minute | — | **No** -LC at 08/26/19 1620 |
| In last 12 hours WBC > 12 or < 4 or Bands > 10% | — | **NO DATA <12HRS** - LC at 08/26/19 1620 |
| - TOTAL NUMBER OF POSITIVE SIRS CRITERIA - | — | **1** -LC at 08/26/19 1620 |
| In last 12 hours creatinine > 2 | — | **NO DATA <12HRS** - LC at 08/26/19 1620 |
| In last 12 hours | — | **NO DATA <12HRS** - |

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

## Flowsheets (all recorded) (continued)

| | | |
|---|---|---|
| bilirubin > 2 | | LC at 08/26/19 1620 |
| In last 12 hours platelet count < 100K | — | NO DATA <12HRS - LC at 08/26/19 1620 |
| In last 12 hours INR > 1.5 or aPTT > 60 | — | NO DATA <12HRS - LC at 08/26/19 1620 |
| In last 12 hours lactate level > 18 | — | NO DATA <12HRS - LC at 08/26/19 1620 |
| In the last 12 hours respiratory dysfunction | — | No -LC at 08/26/19 1620 |
| In last 12 hours SBP < 90 or MAP < 65 | — | No -LC at 08/26/19 1620 |
| *IN THE LAST 12 HOURS ALTERED MENTAL STATUS | — | No -LC at 08/26/19 1620 |
| *ORGAN DYSFUNCTION R/T SUSPECTED/CONFIRMED INFECTION | — | No -LC at 08/26/19 1620 |
| Is the patient positive for severe sepsis/septic shock screen? | — | No -LC at 08/26/19 1620 |
| Patient has 2 or more SIRS criteria PLUS a suspected bacterial infection PLUS at least one high-risk comorbidity (refer to row information) | — | No -LC at 08/26/19 1620 |
| Interventions: | — | Code Sepsis Criteria Not Met/Not Activated -LC at 08/26/19 1620 |

### Learning Assessment

| | | |
|---|---|---|
| Learning Limitations | None -LC at 08/26/19 1621 | — |

### Triage Complete - Mon August 26, 2019

| Row Name | 1621 |
|---|---|

#### Triage Complete

| | |
|---|---|
| Triage Complete | Triage complete -MS at 08/26/19 1621 |

### Suicide Risk - Mon August 26, 2019

| Row Name | 1621 |
|---|---|

#### Suicide Risk Assessment

| | |
|---|---|
| Does this patient have a primary psychiatric complaint or suspicion of psychiatric illness? | No -LC at 08/26/19 1621 |

#### Homicidal Risk Assessment

| | |
|---|---|
| Is patient homicidal? | No -LC at 08/26/19 1621 |

### ED Reg Assignment - Mon August 26, 2019

| Row Name | 1705 |
|---|---|

#### ED Reg Assigned

| | |
|---|---|
| ED Reg Assigned to: | Aasha -AT at 08/26/19 1706 |

### MEWS - Mon August 26, 2019

| Row Name | 1745 | 1730 | 1715 | 1700 | 1645 |
|---|---|---|---|---|---|
| MEWS | | | | | |
| MEWS Score | 1 -PO at 08/26/19 1749 | 1 -PO at 08/26/19 1734 | 1 -PO at 08/26/19 1719 | 1 -PO at 08/26/19 1704 | 1 -PO at 08/26/19 1648 |

Generated on 6/8/22  1:22 PM

Page 23

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

## Flowsheets (all recorded) (continued)

| Row Name | 1630 |
|---|---|

### MEWS

| MEWS Score | 1 -PO at 08/26/19 1634 |
|---|---|

### Musculoskeletal - Mon August 26, 2019

| Row Name | 1706 |
|---|---|

#### Subjective Patient Information

| Patient Reports | Pain -DC at 08/26/19 1706 |
|---|---|
| Pain | Pain in RUE thumb -DC at 08/26/19 1706 |
| Patient Denies | Numbness -DC at 08/26/19 1706 |
| Numbness | Numbness in RUE - DC at 08/26/19 1706 |

#### Musculoskeletal

| Extremities Assessment | Upper -DC at 08/26/19 1706 |
|---|---|

#### RUE

| Capillary Refill RUE | < 2 Seconds -DC at 08/26/19 1706 |
|---|---|
| RUE Color | Normal -DC at 08/26/19 1706 |
| RUE | Limited movement - DC at 08/26/19 1706 |

### General Assessment - Mon August 26, 2019

| Row Name | 1752 | 1700 | 1621 |
|---|---|---|---|
| **General Appearance** | | | |
| General Attitude | — | Guarded;Defensive - DC at 08/26/19 1708 | Guarded;Defensive - LC at 08/26/19 1621 |
| Appearance/Hygiene | — | Body odor;Disheveled;Poor hygiene;Torn clothes;Unkempt -DC at 08/26/19 1708 | Body odor;Disheveled;Poor hygiene;Torn clothes;Unkempt -LC at 08/26/19 1621 |
| **Living Accommodation** | | | |
| Pre-admission Living Situation | — | Homeless Case Management at bedside, pt declines resources - DC at 08/26/19 1708 | Homeless -LC at 08/26/19 1621 |
| **Patient Behaviors** | | | |
| Patient Behaviors | Anxious -AC at 08/26/19 1752 | Cooperative;Calm - DC at 08/26/19 1708 | Anxious -LC at 08/26/19 1621 |
| **Consciousness/Orientation** | | | |
| Level of Consciousness | Alert -AC at 08/26/19 1752 | Alert -DC at 08/26/19 1708 | Alert -LC at 08/26/19 1621 |
| Orientation Level | Normal for patient;Oriented X4 - AC at 08/26/19 1752 | Oriented X4 -DC at 08/26/19 1708 | Oriented X4 -LC at 08/26/19 1621 |
| **Glasgow Coma Scale (ages > 2 years)** | | | |
| Eye Opening | Spontaneous -AC at 08/26/19 1752 | Spontaneous -DC at 08/26/19 1708 | Spontaneous -LC at 08/26/19 1621 |
| Best Verbal Response | Oriented -AC at 08/26/19 1752 | Oriented -DC at 08/26/19 1708 | Oriented -LC at 08/26/19 1621 |
| Best Motor Response | Obeys commands - AC at 08/26/19 1752 | Obeys commands - DC at 08/26/19 1708 | Obeys commands - LC at 08/26/19 1621 |
| Glasgow Coma Scale Score | 15 -AC at 08/26/19 1752 | 15 -DC at 08/26/19 1708 | 15 -LC at 08/26/19 1621 |
| **General Cardiovascular** | | | |
| Capillary Refill | IN Bilateral;< 2 Seconds;Fingers -AC at 08/26/19 1752 | < 2 Seconds -DC at 08/26/19 1708 | < 2 Seconds -LC at 08/26/19 1621 |

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

## Flowsheets (all recorded) (continued)

### Respiratory

| | | | |
|---|---|---|---|
| Respiratory Pattern | Regular;Easy;Unlabor ed -AC at 08/26/19 1752 | Regular;Easy;Unlabor ed;Even -DC at 08/26/19 1708 | Regular;Easy;Unlabor ed;Even -LC at 08/26/19 1621 |
| Chest | Chest expansion symmetrical -AC at 08/26/19 1752 | Chest expansion symmetrical -DC at 08/26/19 1708 | Chest expansion symmetrical -LC at 08/26/19 1621 |

### Skin Color/Condition

| | | | |
|---|---|---|---|
| Skin Color | Appropriate for ethnicity -AC at 08/26/19 1752 | Appropriate for ethnicity -DC at 08/26/19 1708 | Appropriate for ethnicity -LC at 08/26/19 1621 |
| Skin Condition/Temp | Warm;Dry -AC at 08/26/19 1752 | Warm;Dry -DC at 08/26/19 1708 | Warm -LC at 08/26/19 1621 |

### OTHER

| | | | |
|---|---|---|---|
| Pain Score | — | 4 -DC at 08/26/19 1708 | — |
| Pain Assessment Tool | — | 0-10 (Verbal Descriptors) -DC at 08/26/19 1708 | — |

### Pain Screening

| | | | |
|---|---|---|---|
| Pain Descriptors | — | Acute Pain -DC at 08/26/19 1708 | — |
| Pain Duration | — | Constant/continuous -DC at 08/26/19 1708 | — |
| Patient's Stated Pain Goal | — | No pain -DC at 08/26/19 1708 | — |

### Pain

| | | | |
|---|---|---|---|
| Pain Location | — | Right;Finger (Comment which one) 🗎 thumb -DC at 08/26/19 1708 | — |

### Pain Assessment

| | | | |
|---|---|---|---|
| Pharmacological Interventions | — | Cold applied;Declines -DC at 08/26/19 1708 | — |

### Pain Assessment

| | | | |
|---|---|---|---|
| Modified Riker Sedation-Agitation Scale | — | Calm, follows command -DC at 08/26/19 1708 | — |

### Abuse Indicators - Mon August 26, 2019

| Row Name | 1621 |
|---|---|

#### ED Abuse Screening

| | |
|---|---|
| Does patient or caregiver report threats, abuse, or injuries from others? | No -LC at 08/26/19 1621 |

### Care Handoff - Mon August 26, 2019

| Row Name | 1753 |
|---|---|

#### Care Handoff

| | |
|---|---|
| Report Given to: (Name and Role) | pt D/C -AC at 08/26/19 1753 |

### Departure Condition - Mon August 26, 2019

| Row Name | 1752 |
|---|---|

#### Departure Condition

| | |
|---|---|
| Departure Condition | Good -AC at 08/26/19 1752 |
| Mobility at Departure | Ambulatory -AC at 08/26/19 1752 |
| Patient /CaregiverTeaching | Discharge instructions reviewed;Follow-up/referral care reviewed;Medications |

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

## Flowsheets (all recorded) (continued)

| | |
|---|---|
| | discussed  -AC at 08/26/19 1752 |
| Patient/Caregiver Understanding | Discharge instructions;Follow-up/referral care;Medications  -AC at 08/26/19 1752 |
| Departure Mode | By self  -AC at 08/26/19 1752 |

### Vital Signs

| | |
|---|---|
| BP | 135/74  -AC at 08/26/19 1752 |
| Pulse | 65  -AC at 08/26/19 1752 |
| Resp | 18  -AC at 08/26/19 1752 |
| SpO2 | 99 %  -AC at 08/26/19 1752 |
| O2 Device | None (Room air)  -AC at 08/26/19 1752 |

### Responsible Department

| | |
|---|---|
| ER Adult | ER Adult  -AC at 08/26/19 1752 |

### Immunizations - Mon August 26, 2019

| Row Name | 1621 |
|---|---|

#### Immunizations

| | |
|---|---|
| Tetanus up to date? | No  -LC at 08/26/19 1621 |

#### Pneumococcal Vaccination Assessment

| | |
|---|---|
| Has the patient received the Pneumococcal Vaccine anytime in the past? | No or unknown  -LC at 08/26/19 1621 |

### Adult Admission Assessment - Mon August 26, 2019

| Row Name | 1620 |
|---|---|

#### Infection Risk Screening

| | |
|---|---|
| Does patient have signs and symptoms of a communicable disease requiring isolation? | No (no action required)  -LC at 08/26/19 1620 |
| Does patient have a yellow box infection alert to the left of the chart? | No (no action required)  -LC at 08/26/19 1620 |

#### C. Difficile Risk Assessment

| | |
|---|---|
| Does patient have: | No diarrhea  -LC at 08/26/19 1620 |

### LACE+ Score - Mon August 26, 2019

| Row Name | 1755 |
|---|---|

#### OTHER

| | |
|---|---|
| LACE+ Score | 25  -AC at 08/26/19 1755 |

### ED Vital Signs - Mon August 26, 2019

| Row Name | 1620 |
|---|---|

#### Vital Signs

| | |
|---|---|
| BP | 143/89  -LC at 08/26/19 1620 |
| Pulse | 99  -LC at 08/26/19 1620 |
| Resp | 16  -LC at 08/26/19 1620 |

Generated on 6/8/22  1:22 PM

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

## Flowsheets (all recorded) (continued)

| | |
|---|---|
| SpO2 | 99 % -LC at 08/26/19 1620 |
| O2 Device | None (Room air) -LC at 08/26/19 1620 |
| Temp | 37.4 °C (99.3 °F) -LC at 08/26/19 1620 |
| Temp src | Oral -LC at 08/26/19 1620 |

### Sepsis Score Filing - Mon August 26, 2019

| Row Name | 1745 | 1730 | 1715 | 1700 | 1645 |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Sepsis Score | 1.8 -UE at 08/26/19 1748 | 1.8 -UE at 08/26/19 1735 | 1.8 -UE at 08/26/19 1718 | 1.8 -UE at 08/26/19 1704 | 1.8 -UE at 08/26/19 1648 |

| Row Name | 1630 |
|---|---|
| OTHER | |
| Sepsis Score | 1.8 -UE at 08/26/19 1634 |

### Homeless Discharge - Mon August 26, 2019

| Row Name | 1600 |
|---|---|
| Homeless Discharge | |
| Primary Living Situation | Homeless -ML at 08/26/19 1647 |
| Clothing | Patient wearing weather appropriate clothing -ML at 08/26/19 1647 |
| Discharge Destination (Retired) | Pt prefer to make own plan for tonight. -ML at 08/26/19 1902 |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type |
|---|---|---|---|
| UE | Epic, User | — | — |
| PO | Optime, Prelogin | — | — |
| LC | Christians, Lauren Moira, RN | 11/17/11 - 12/17/20 | Registered Nurse |
| DC | Connolly, Dana J., NP | 04/05/18 - 01/28/20 | Nurse Practitioner Student |
| AC | Canganelli, Amanda Christin, RN | 10/08/18 - | Registered Nurse |
| AK | Kohanteb, Arash D., MD | 04/19/17 - 01/17/20 | Physician |
| MS | Salvador, Melody Gayle, RN | 06/12/17 - | Registered Nurse |
| ML | Lopez, Maria Evisaid, LCSW | 07/30/19 - | Social Worker |
| AT | Taqqee, Aasha Munirah | — | Front Desk |

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

### Follow-up Information

| Follow up With | Specialties | Details | Why | Contact Info |
|---|---|---|---|---|
| Pcp, No, MD | | In 3 days | | |
| UCLA Santa Monica Emergency Department | Emergency Medicine | | If symptoms worsen | 1250 16th Street Santa Monica California 90404 424-259-8405 |

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Discharge Instructions**

# Finger Fracture, Closed

You have a broken finger (fracture). This causes local pain, swelling, and bruising. This injury usually takes about 4 to 6 weeks to heal, but can take longer in some cases. Finger injuries are often treated with a splint or cast, or by taping the injured finger to the next one (buddy taping). This protects the injured finger and holds the bone in position while it heals. More serious fractures may need surgery.

If the fingernail has been severely injured, it will probably fall off in 1 to 2 weeks. A new fingernail will usually start to grow back within a month.

## Home care

Follow these guidelines when caring for yourself at home:

- Keep your hand elevated to reduce pain and swelling. When sitting or lying down keep your arm above the level of your heart. You can do this by placing your arm on a pillow that rests on your chest or on a pillow at your side. This is most important during the first 2 days (48 hours) after the injury.
- Put an ice pack on the injured area. Do this for 20 minutes every 1 to 2 hours the first day for pain relief. You can make an ice pack by wrapping a plastic bag of ice cubes in a thin towel. As the ice melts, be careful that the cast or splint doesn't get wet. Continue using the ice pack 3 to 4 times a day until the pain and swelling go away.
- Keep the cast or splint completely dry at all times. Bathe with your cast or splint out of the water. Protect it with a large plastic bag, rubber-banded at the top end. If a fiberglass cast or splint gets wet, you can dry it with a hair dryer.
- If buddy tape was put on and it becomes wet or dirty, change it. You may replace it with paper, plastic, or cloth tape. Cloth tape and paper tapes must be kept dry. Keep the buddy tape in place for at least 4 weeks.
- You may use acetaminophen or ibuprofen to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease, talk with your healthcare provider before using these medicines. Also talk with your provider if you've had a stomach ulcer or gastrointestinal bleeding.
- Don't put creams or objects under the cast if you have itching.

## Follow-up care

Follow up with your healthcare provider, or as advised. This is to make sure the bone is healing the way it should.

X-rays may be taken. You will be told of any new findings that may affect your care.

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- The plaster cast or splint becomes wet or soft
- The cast or splint cracks
- The fiberglass cast or splint stays wet for more than 24 hours
- Pain or swelling gets worse
- Redness, warmth, swelling, drainage from the wound, or foul odor from a cast or splint
- Finger becomes more cold, blue, numb, or tingly
- You can't move your finger
- The skin around the cast or splint becomes red

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

- Fever of 100.4°F (38°C) or higher, or as directed by your healthcare provider

**Date Last Reviewed:** 2/1/2017

© 2000-2018 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

## After Visit Summary

After Visit Summary printed by Smiley, Cynthia, RN on 8/26/2019  7:03 PM

ED After Visit Summary (below)

## AFTER VISIT SUMMARY

**UCLA** Health

**Leslie Winchester** MRN: 6106084      📅 8/26/2019   📍 UCLA Santa Monica Emergency Department 424-259-8405
Thank you for choosing UCLA Health for your care

## Instructions

Your personalized instructions can be found at the end of this document.

 Your medications have changed today
**See your updated medication list for details.**

 Pick up these medications at UCLA 16TH STREET PHARMACY (MOB) (310-206-3784)
**ibuprofen**

| | |
|---|---|
| Address: | 1223 16th Street Room 1202, Santa Monica CA 90404 |
| Hours: | Mon-Fri 8AM-6PM, Holidays 8AM-5PM (Closed 12PM-1PM for lunch); Closed Sat & Sun |
| Phone: | 424-259-8520 |

 Follow up with NO PCP, MD in 3 days (around 8/29/2019)

 Follow up with UCLA Santa Monica Emergency Department
Why: **If symptoms worsen**
Specialty: **Emergency Medicine**
Contact: **1250 16th Street**
**Santa Monica California 90404**
**424-259-8405**

## Today's Visit

**You were seen by Arash D. Kohanteb, MD**
Reason for Visit
**Finger Injury**
Diagnosis
**Closed fracture of sesamoid bone of right hand, initial encounter**

## What's Next

You currently have no upcoming appointments scheduled.

## UCLA Healthcare

**Contact or return to the Emergency Department if your condition worsens or persists.**
It is our goal to provide the best care possible and to exceed your expectations.

For information on obtaining copies of your medical records or X-rays, call Medical Correspondence at: (310) 825-6021 for
Ronald Reagan Hospital; (424) 259-8045 for Santa Monica Hospital

**Follow-up X-rays, Labs, Phone Calls:**

Leslie Winchester (MRN: 6106084) • Printed at 8/26/19  7:04 PM          ©2017 Epic Systems Corporation Page 1 of 5

SANTA MONICA UCLA MEDICAL CENTER          Winchester, Leslie
1250 16TH STREET                          MRN: 6106084, DOB: 1/19/1970, Sex: F
SANTA MONICA CA 90404-1101                Adm: 8/26/2019, D/C: 8/26/2019

**After Visit Summary (continued)**

Please make sure you have provided the best phone number to use to contact you. You may receive a live or automated call from us to check on your recovery and progress.

If you had an X-ray performed today, the X-ray was read by the Emergency Department doctor. A radiologist also reads this X-ray to provide a final interpretation. Some blood work that may have been performed may not have a result for 24-72 hours. If there is any significant change in your radiology interpretation or blood tests, we will contact you at the phone number you have provided us.

**Medications:**
If you received a prescription for medication(s) today, it is important when you fill this, you let the pharmacist know all the other medications that you are taking and any allergies you might have. It is also important that you notify your follow-up physician of all your medications, including the prescriptions you may receive today.

**Financial Considerations:**
We provide needed emergency care to everyone, regardless of ability to pay. If you have medical insurance, we will bill your insurance company. You will be billed directly for any unpaid balance or co-payments. You will receive at least two bills: the hospital bill, which will include an itemized statement of all hospital charges, including tests, X-rays and a hospital "treatment" charge, and a separate bill for the emergency physicians's services.

**Driving Precautions:**
[ ] While in the Emergency Medicine Center you received one or more medications that may impair your ability to drive. We recommend that you do not operate a motor vehicle for 12 hours.

## Procedures & Tests Performed During My Hospitalization
XR finger pa+lat+obl right (3 views)

## Allergies as of 8/26/2019
No Known Allergies

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**After Visit Summary (continued)**

## Your Medication List



**ibuprofen 400 mg tablet**
Commonly known as Advil, Motrin

START

Take 1 tablet (400 mg total) by mouth every six (6) hours as needed.

## myUCLAhealth

View your after visit summary and more online at https://my.UCLAhealth.org. When signing up enter your myUCLAhealth activation code exactly as it appears below to complete the sign up process.

myUCLAhealth Activation code: **TH5WX-W9Z3P-GJKTV**
**Expires: 10/25/2019  5:45 PM**
Your Medical Record Number: 6106084

If you have questions or you need a new activation code, please call our Patient Help Desk 855-364-7052.

Proxy access is available and allows a parent, legal guardian or caretaker to help a loved one manage appointments, communicate with the outpatient care team, and view health information. If you would like to learn more please ask your physician's office.

Leslie Winchester (MRN: 6106084) • Printed at 8/26/19  7:04 PM          ©2017 Epic Systems Corporation  Page 3 of 5

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**After Visit Summary (continued)**

## Instructions

### Finger Fracture, Closed

You have a broken finger (fracture). This causes local pain, swelling, and bruising. This injury usually takes about 4 to 6 weeks to heal, but can take longer in some cases. Finger injuries are often treated with a splint or cast, or by taping the injured finger to the next one (buddy taping). This protects the injured finger and holds the bone in position while it heals. More serious fractures may need surgery.

If the fingernail has been severely injured, it will probably fall off in 1 to 2 weeks. A new fingernail will usually start to grow back within a month.

### Home care

Follow these guidelines when caring for yourself at home:

- Keep your hand elevated to reduce pain and swelling. When sitting or lying down keep your arm above the level of your heart. You can do this by placing your arm on a pillow that rests on your chest or on a pillow at your side. This is most important during the first 2 days (48 hours) after the injury.
- Put an ice pack on the injured area. Do this for 20 minutes every 1 to 2 hours the first day for pain relief. You can make an ice pack by wrapping a plastic bag of ice cubes in a thin towel. As the ice melts, be careful that the cast or splint doesn't get wet. Continue using the ice pack 3 to 4 times a day until the pain and swelling go away.
- Keep the cast or splint completely dry at all times. Bathe with your cast or splint out of the water. Protect it with a large plastic bag, rubber-banded at the top end. If a fiberglass cast or splint gets wet, you can dry it with a hair dryer.
- If buddy tape was put on and it becomes wet or dirty, change it. You may replace it with paper, plastic, or cloth tape. Cloth tape and paper tapes must be kept dry. Keep the buddy tape in place for at least 4 weeks.
- You may use acetaminophen or ibuprofen to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease, talk with your healthcare provider before using these medicines. Also talk with your provider if you've had a stomach ulcer or gastrointestinal bleeding.
- Don't put creams or objects under the cast if you have itching.

### Follow-up care

Follow up with your healthcare provider, or as advised. This is to make sure the bone is healing the way it should.

X-rays may be taken. You will be told of any new findings that may affect your care.

### When to seek medical advice

Call your healthcare provider right away if any of these occur:

- The plaster cast or splint becomes wet or soft
- The cast or splint cracks
- The fiberglass cast or splint stays wet for more than 24 hours
- Pain or swelling gets worse
- Redness, warmth, swelling, drainage from the wound, or foul odor from a cast or splint
- Finger becomes more cold, blue, numb, or tingly
- You can't move your finger
- The skin around the cast or splint becomes red
- Fever of 100.4°F (38°C) or higher, or as directed by your healthcare provider

**Date Last Reviewed:** 2/1/2017

© 2000-2018 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Leslie Winchester (MRN: 6106084) • Printed at 8/26/19  7:04 PM          ©2017 Epic Systems Corporation Page 4 of 5

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**After Visit Summary (continued)**

## SAFE PAIN MEDICINE PRESCRIBING IN EMERGENCY DEPARTMENTS

We care about you. Our goal is to treat your medical conditions, including pain, effectively, safely and in the right way.

Pain relief treatment can be complicated. Mistakes or abuse of pain medicine can cause serious health problems and death.

Our emergency department will only provide pain relief options that are safe and correct.
For your SAFETY, we follow these rules when helping you with your pain:

1. We look for and treat emergencies. We use our best judgment when treating pain. These recommendations follow legal and ethical advice.
2. You should have only ONE provider and ONE pharmacy helping you with pain. We do not usually prescribe pain medications if you already receive pain medicine from another health care provider.
3. If pain prescriptions are needed for pain, we will only give you a limited amount.
4. We do not refill stolen prescriptions. We do not refill lost prescriptions. If your prescription is stolen, please contact the police.
5. We do not prescribe long acting pain medicines such as: OxyContin, MS Contin, Fentanyl (Duragesic), Methadone, Opana ER, Exalgo, and others.
6. We do not provide missed doses of Subutex, Suboxone, or Methadone.
7. We do not usually give shots for flare-ups of chronic pain. Medicines taken by mouth may be offered instead.
8. Health care laws, including HIPAA, allow us to ask for all of your medical records. These laws allow us to share information with other health providers who are treating you.
9. We may ask you to show a photo ID when you receive a prescription for pain medicines.
10. We use the California Prescription Drug Monitoring Program called CURES. This statewide computer system tracks opioid pain medications and other controlled substance prescriptions.

If you need help, please call 2-1-1 and ask for information on treatment services for drug use disorders.

Emergency Departments throughout Los Angeles County have agreed to participate in this important program.

To discuss safer and more helpful chronic pain treatment options, please schedule an appointment with your treating physician

Leslie Winchester (MRN: 6106084) • Printed at 8/26/19  7:04 PM          ©2017 Epic Systems Corporation Page 5 of 5

**All AVS Reports**

| Date/Time | Report | Action | User |
| --- | --- | --- | --- |
| 8/26/2019  7:03 PM | ED After Visit Summary | Printed | Smiley, Cynthia, RN |
| 8/26/2019  5:45 PM | ED After Visit Summary | Printed | Canganelli, Amanda Christin, RN |

Generated on 6/8/22  1:22 PM

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Encounter-Level Documents on 08/26/2019:**

Scan on 8/26/2019: Homeless Discharge Checklist (below)

**UCLA** Health

HOMELESS DISCHARGE INSTRUCTIONS

6106084
Leslie, Winchester
(Patient Label)

Post Discharge Destination
The patient has been offered shelter and/or housing options information.
☐ I agree to hospital-arranged discharge destination.
☒ I have been offered shelter information, but am refusing and prefer to make my own plan,
and/or return to my principle dwelling place.

Transportation
☐ I have been offered and accept hospital-provided transportation to offered shelter and/or
housing options information.
☐ I have been offered and accept hospital provided transportation to my principle dwelling place.
☒ I have refused hospital-provided transportation and prefer to discharge on my own.

My Principle Dwelling Place

_Pt Prefer to make own plan_

Clothing/Shoes
☐ Weather-appropriate clothing/shoes given, if needed.

Referrals Given
☐ Homeless Resource Packet          ☐ Other: _____

X Pt refused to sign          8/26/19
Patient Signature          Date          Time

Per MD/Provider Note
Documentation in chart dated ___8/26/19___ that patient is alert, oriented
and verbally expresses understanding of the discharge information provided.

Facility/Shelter (if applicable/available)

Facility/Shelter Name_____

Address_____

Contact Name_____    Phone_____

Forms completed by:
I attest that I have explained the discharge instructions above to the patient and the form has been
completed to the best of my ability with assistance from the patient.

_Hcc-Maria Cruz_          Maria Lopez
Social Worker Signature          Print Name

_8/26/19_
Date          Time

UCLA Form #16797 (Rev 1/19)          Page 1 of 1

**Encounter-Level E-Signatures:**

ED COA English- E-Sign - Received on 8/26/2019

**UCLA** Health

**TERMS AND CONDITIONS OF SERVICE**
**CONFIDENTIALITY OF INFORMATION**

SMH/MRN:6106084
HAR: 18297554 CSN: 90084763150
Winchester, Leslie
1/19/1970 (49 Y) Female Adm Dt: 8/26/2019

◯ **WESTWOOD CAMPUS**  ◉ **SANTA MONICA CAMPUS**  ◯ **NPH CAMPUS**

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Encounter-Level E-Signatures: (continued)**

## ADMISSION AND MEDICAL SERVICES AGREEMENT – READ CAREFULLY BEFORE SIGNING

**1. UCLAH:** UCLA Health (UCLAH) is part of the University of California and is comprised of its hospital(s), medical center(s), its hospital-based clinics, its Primary Care Network clinics, the UCLA Medical Group; and the David Geffen School of Medicine.

**2. MEDICAL CONSENT:** I consent to medical treatments or procedures, X-ray examinations, drawing blood for tests, medications, injections, taking of medical photographs, videotaping, laboratory procedures, and hospital services rendered to me under the general and special instructions of the physicians or other health care professionals assisting in my care. I also consent to my admission to the UCLA Medical Centers if this is necessary for my care.

**3. TEACHING, RESEARCH AND HEALTHCARE INSTITUTION:** The University of California including UCLAH, is a teaching, research and healthcare institution. I understand that residents, interns, medical students, students of ancillary health care professions (e.g., nursing, x-ray, rehabilitation therapy), post-graduate fellows, and other trainees may observe, examine, treat, and participate at the request and under the supervision of the attending physician in my care as part of the University's medical education programs. Some UCLAH faculty are identified by their name badge as "Visiting Professors". These faculty members do not have a California license, but are licensed in another state or country. These physicians are permitted to practice medicine in California under a special program developed by the Medical Board of California.

I also understand that a University institutional review board approves projects conducted by University researchers in accordance with state and federal law. As a result, I understand that I may be contacted and asked to participate in research studies but I am under no obligation to do so. My decision whether to participate or not will not affect my ability to obtain medical care.

**4. USE OF MEDICAL INFORMATION AND SPECIMENS:** I understand that my medical information, photographs, and/or video in any form may be used for other UCLAH purposes, such as quality improvement, patient safety and education. I also understand that my medical information and tissue, fluids, cells and other specimens (collectively, "Specimens") that UCLAH may collect during the course of my treatment and care may be used and shared with researchers. I understand that under California law, I do not have any rights to any commercially useful products that may be developed from such research. I further understand that any use of my medical information or Specimens by UCLAH or other research institutions will be in accordance with state and federal law, including all laws and regulations governing patient confidentiality, in the manner outlined in the UCLAH Notice of Privacy Practices.

**5. PERSONAL VALUABLES:** UCLAH maintains fireproof safes for the safekeeping of money and valuables. UCLAH shall not be liable for the loss of or damage to any money, documents, jewelry, glasses, dentures, furs or other articles of unusual value and shall not be liable for loss or damage to any personal property, unless deposited in a safe or locked storeroom. The liability for loss of any personal property deposited with UCLAH shall be no more than $500.

**6. RELEASE OF MEDICAL INFORMATION:** The State of California Information Practices Act requires UCLAH to provide the following information to individuals who supply information about themselves. As a patient of UCLAH, I will be asked to submit certain personal information, such as my address and phone number, Social Security number, insurance information, medical history and treatment. The principal purpose for requesting this information is to ensure accurate identification, continuity of medical care, and payment for such care. Under the authority of The Federal Privacy Act of 1974, Article IX, Section 9 of the California Constitution, the California Information Practices

| SANTA MONICA UCLA MEDICAL CENTER | Winchester, Leslie |
|---|---|
| 1250 16TH STREET | MRN: 6106084, DOB: 1/19/1970, Sex: F |
| SANTA MONICA CA 90404-1101 | Adm: 8/26/2019, D/C: 8/26/2019 |

**Encounter-Level E-Signatures: (continued)**

Act (Civil Code 1798 et seq.), California Code of Regulations, Title 22, Section 70749, UCLAH is authorized to maintain this information. As required by UCLAH, furnishing all information requested is mandatory unless otherwise noted. I understand that failure to provide such information may affect my medical care and/or insurance benefits and coverage.

UCLAH will obtain my written authorization to release information about my medical treatment, except in those circumstances when UCLAH is permitted or required by law to release information (see UCLAH' Notice of Privacy Practices for a description of the specific circumstances under which UCLAH may release this information). For example, UCLAH may release a copy of my patient record to health care providers, health plans, governmental agencies and workers' compensation carriers. Additionally, I understand that if I am diagnosed with a reportable disease in California, including but not limited to cancer, HIV, tuberculosis, and viral meningitis, UCLAH is required by law to report my diagnosis to governmental organizations such as the State Department of Health Services or the Center for Disease Control and Prevention.

**7. FINANCIAL AGREEMENT:** I understand that even if I have insurance. I may be financially responsible for some or all of my medical services. For instance, if I have a co-pay or deductible, I agree to pay the amounts I owe. If I do not have insurance that covers the service I receive, I agree to pay The Regents of the University of California for professional, hospital and clinic services, including UCLAH physician services, in accordance with the regular rates and terms of UCLAH. I also agree to pay for other professional services provided at UCLAH by other health care providers. If I am unable to pay, I understand I may qualify for public assistance, special payment arrangements and/or charity care. I also understand that when this agreement is signed by my spouse, parent or a financial guarantor, my spouse, parent or financial guarantor shall be jointly and individually liable with me for payment, including all collection fees (attorneys' fees, costs and collection expenses), in addition to any other amounts due. Unpaid accounts referred to outside agencies for collection bear interest at the current legal rate. I understand that I will receive messages and calls on behalf of UCLA Health, at the numbers provided, including my cell phone number and e-mail address provided during my registration process. Methods of contact may include using pre-recorded/artificial voice messages and/or use of an automatic dialing device, as applicable.

**8. ASSIGNMENT OF BENEFITS (INCLUDING MEDICARE BENEFITS):** I authorize and direct payment to UCLAH of any insurance benefits including hospital insurance and unemployment compensation disability benefits otherwise payable to or on my behalf for UCLAH services, including emergency services, at a rate not to exceed UCLAH actual charges. I understand that I am financially responsible for charges not paid pursuant to this agreement. I further agree that any credit balance resulting from payment of insurance or other sources may be applied to any other account owed to UCLAH by me. Patients insured by Part A of the Medicare Act (as primary payer): UCLA Health shall transfer title prior to use of any property (excluding fixed assets or equipment) furnished or supplied to its patient or other customer in connection with its medical services billed pursuant to Medicare Part A. Notwithstanding this title provision, patient accepts that the disposal of medical products or other supplies after used will be governed by UCLA Health handling and disposal protocols.

The State of California Information Practices Act of 1977 (effective July 1, 1978) requires the University Hospitals to provide the following information to individuals who supply information about themselves:

The principal purpose for requesting the information is to assure accurate identification and

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Encounter-Level E-Signatures: (continued)**

continuity of medical care, and payment therefore, from whatever source. University policy, California Administrative Code Title 22, Division 5, *Licensing and Certification of Health Facilities and Referral Agencies*, and federal statutes authorize our maintenance of this information.

Furnishing all information requested is mandatory unless otherwise noted. Failure to provide such information may affect your medical care and/or any insurance benefits and coverage. This information may be provided: to your referring physician or other health care professionals involved in your medical care; to others to the extent required in connection with collection of accounts or a claim for aid, insurance or medical assistance to which you may be entitled; to University faculty and students for research and educational purposes; and may be released as provided by state and federal law. The privacy of your record will be safeguarded.

Individuals have the right to review their own records, in accordance with the Information Practices Act and University policy. Information on these policies can be obtained from the officials responsible for maintaining the information:

Your medical record is maintained by:

Westwood Campus
Department Head-Medical Records
UCLA Medical Center
Los Angeles, CA 90095
Phone: (310) 825-6021

Santa Monica Campus
Department Head-Medical Records
UCLA Medical Center
Santa Monica, CA 90404
Phone: (424) 259-8045

Your patient billing information is maintained by:

Westwood / Santa Monica Campuses
Department Head-Patient Accounts
UCLA Medical Center
Los Angeles, CA 90095
Phone: (310) 825-8021

## PRIVACY NOTICE - SOCIAL SECURITY NUMBER

The University system of records that requires the social security number was in existence and operating before January 1, 1975, under the authority of the Regents of the University of California. Article IX, Section 9, of the California Constitution. The disclosure is required by law or University procedure in effect prior to that date to verify the identity of the individual.

Pursuant to the Federal Privacy Act of 1974, you are hereby notified that disclosure of your social security number is mandatory. It is used to verify your identity in the medical care, and payment system. Disclosure of the social security number is required pursuant to regulation 4, Section 404.1256, Code of Federal Regulations, under Section 218, Title II, of the Social Security Act, as amended.

## PRIVACY NOTICE - CANCER REPORTING

If, during your care at UCLA Medical Centers you have cancer diagnosed, UCLA Medical Centers must by State law (Chapter 841, Statutes of 1985) report this to the regional cancer registry. This information is being collected to help identify preventable causes of cancer, and includes specific details of the type of cancer and the treatment provided as well as information about you such as your name, age, sex, ethnicity, occupation, religion, address and social security number.

The information reported is confidential under California Health and Safety Codes, Section 211.3 and 211.5, and safeguards are in place throughout the system to ensure that your identity will not be

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

Encounter-Level E-Signatures: (continued)

unlawfully revealed. Some cancer patients may be contacted later by the California Department of Health Services or the regional cancer registries as part of their ongoing investigations into the causes of cancer.

**NOTICE TO CONSUMERS: Medical doctors, including your physician, are licensed and regulated by the Medical Board of California. For information you may call the Board at (800) 633-2322 or visit its website at http://www.mbc.ca.gov.**

**I have read, agreed to and received a copy of this Terms and Conditions of Service.**

Signature of Patient or Patient Representative

Date
8/26/2019

Time
5:13:44 PM

08/26/2019 05:14 PM          Sign

Relationship to Patient
☑Self

Print Name

Signature of Witness (Required if patient unable to sign)

Date

Time
/

Signature of Interpreter

Date

Time
/

Interpreter ID #

Language Used
/

**Financial Responsibility Agreement by Person Other than the Patient or the Patient's Legal Representative**

I agree to accept financial responsibility for services rendered to the patient and to accept the terms of the Financial Agreement (Paragraph 7) and Assignment of Benefits (Including Medicare Benefits) (Paragraph 8) set forth above.

Date

Time
/

Financially Responsible Party

Print Name

Witness
/

**PATIENT PROTECTION AND THE AFFORDABLE CARE ACT SECTION 1557**

**Discrimination is Against the Law**

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

Encounter-Level E-Signatures: (continued)

UCLA Health complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. UCLA Health does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex.

UCLA Health:

- Provides free aids and services to people with disabilities to communicate effectively with us, such as:
    - Qualified sign language interpreters
    - Written information in other formats (large print, audio, accessible electronic formats, other formats)
- Provides free language services to people whose primary language is not English, such as:
    - Qualified interpreters
    - Information written in other languages

If you need these services, contact the Office of the Patient Experience at (310) 267-9113.

If you believe that UCLA Health has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance with: The Office of the Patient Experience by mail at: 757 Westwood Plaza, Suite 1107 Los Angeles, CA 90095, by phone at: (310) 267-9113 or TTY: (310) 267-3902, by fax at: (310) 267-3613, or by email at: patientexperience@mednet.ucla.edu. If you need help filing a grievance, the Office of the Patient Experience is available to help you.

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:

U.S. Department of Health and Human Services 200
Independence Avenue, SW
Room 509F, HHH Building Washington, D.C. 20201
1-800-368-1019, 800-537-7697 (TDD)

Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.

*** End of Report ***

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

## Events

### ED Arrival at 8/26/2019 1936
Unit: UCLA Santa Monica Emergency Department

### Admission at 8/26/2019 1943

| | | |
|---|---|---|
| Unit: UCLA Santa Monica Emergency Department | Room: SM14 | Bed: SM14 |
| Patient class: Emergency | Service: Emergency Medicine | |

### ED Roomed at 8/26/2019 1943
Unit: UCLA Santa Monica Emergency Department

### Discharge at 8/26/2019 2002

| | | |
|---|---|---|
| Unit: UCLA Santa Monica Emergency Department | Room: SM14 | Bed: SM14 |
| Patient class: Emergency | Service: Emergency Medicine | |

### Discharge at 8/26/2019 2002
Unit: UCLA Santa Monica Emergency Department

## Allergies as of 6/8/2022
No Known Allergies

## Immunizations as of 08/26/19
None

## Medical as of 8/26/2019

### Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety | — | — | Provider |
| Bipolar disorder (HCC/RAF) | — | — | Provider |
| Depression | — | — | Provider |

Pertinent Negatives: None

## Tobacco Use as of 8/26/2019

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Former Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

## Alcohol Use as of 8/26/2019

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| No | | — | — | Provider |

## Drug Use as of 8/26/2019

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

## Sexual Activity as of 8/26/2019

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| — | — | — | — | Provider |

## Socioeconomic as of 8/26/2019

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | — |

## Problem List as of 8/26/2019

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Problem List (continued)** as of 8/26/2019

   None

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

## ED Information

### ED Arrival Information

| Expected | Arrival | Acuity | Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|---|---|---|
| - | 8/26/2019 19:36 | Four | Walk-in | Police | Emergency Medicine | Emergency |

Arrival complaint
-

### ED Disposition

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| **Discharge** | -- | Kohanteb, Arash D., MD | Mon Aug 26, 2019 7:53 PM | Leslie Winchester discharge to home/self care. Condition at discharge: Stable I have determined the patient to be medically stable for discharge and is able to navigate the resources provided. The patient is alert and oriented to person, place and time.  I have communicated post-discharge medical needs and follow up to the patient. |

### ED Provider Notes

**ED Provider Notes by Kohanteb, Arash D., MD at 08/26/19 1946**

| | | |
|---|---|---|
| Author: Kohanteb, Arash D., MD | Service: **Emergency Medicine** | Author Type: **Physician** |
| Filed: 08/27/19 0000 | Date of Service: 08/26/19 1946 | Creation Time: 08/26/19 1946 |
| Status: Signed | Editor: **Kohanteb, Arash D., MD (Physician)** | |

# Santa Monica UCLA Medical Center
# Emergency Department Service Report

**Leslie Winchester 49 y.o. female , presents with Medical Clearance**

**Triage**
Arrived on 8/26/2019 at 7:36 PM
Arrived by Walk-in [14]

ED Triage Vitals [08/26/19 1939]

| Temp | Temp Source | BP | Heart Rate | Resp | SpO2 | O2 Device | Pain Score | Weight |
|---|---|---|---|---|---|---|---|---|
| 37.6 °C (99.7 °F) | Axillary | 150/92 | 98 | 18 | 97 % | None (Room air) | Five | -- |

**Pre hospital care:**

No Known Allergies

**History**
Patient was recently here and discharge with overall well, non-toxic appearance. Patient initially presented with

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**ED Provider Notes (continued)**

**ED Provider Notes by Kohanteb, Arash D., MD at 08/26/19 1946 (continued)**

assault and was d/c with finger splint.
Patient is now back after altercation with police.
Presenting for medical clearance.

The history is provided by the patient. No language interpreter was used.
**Illness**
The current episode started today. The onset was gradual. The problem occurs continuously. The problem has been unchanged. The problem is moderate. Nothing relieves the symptoms. Nothing aggravates the symptoms.

Past Medical History:
Diagnosis                                                                Date
  • Anxiety
  • Bipolar disorder (HCC/RAF)
  • Depression

History reviewed. No pertinent surgical history.

**Past Family History**
Family history reviewed by me and there is no pertinent past family history related to patient's current case and/or care.

**Past Social History**
she reports that she has quit smoking. She has never used smokeless tobacco. She reports that she does not drink alcohol. Her drug and sexual activity histories are not on file.

Review of Systems
All other systems reviewed and are negative.

**Physical Exam**
Physical Exam
Constitutional: She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness. There is no rebound, no guarding, no tenderness at McBurney's point and negative Murphy's sign.
Musculoskeletal: Normal range of motion.
**No TTP of right wrist or ankle.**
**Aluminum splint on the right thumb.**
Neurological: She is alert.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect.

Generated on 6/8/22  1:22 PM

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**ED Provider Notes (continued)**

**ED Provider Notes by Kohanteb, Arash D., MD at 08/26/19 1946 (continued)**

Nursing note and vitals reviewed.

**Trauma Primary**
Airway: Patent, protected, phonating
Breathing: CTAB, chest wall stable, no respiratory distress
Circulation: Peripheral pulses 2+ bilateral upper and lower extremities, no active bleeding
Disability: PEERL, EOMI, moving all extremities, feeling all extremities
Exposure: No C, T, or L spine TTP

**ED Course**

**Laboratory Results**
Labs Reviewed - No data to display

**Imaging Results**

No orders to display

**Administered Medications**

Medication Administration from 08/26/2019 1936 to 08/26/2019 2358

| Date/Time | Order | Dose | Route | Action | Action by | Comments |
|-----------|-------|------|-------|--------|-----------|----------|
| 08/26/2019 1957 | **acetaminophen tab 650 mg** | 650 mg | Oral | Given | Rai, Manpreet, RN | |

**Procedures**
Procedures

MDM
**Data Reviewed/Counseling:** I have reviewed the patient's vital signs, nursing notes and old medical records. I had a detailed discussion with the patient regarding the historical points, exam findings, and any diagnostic results supporting the discharge diagnosis. I also discussed lab results, the need for outpatient follow-up and the need to return to the ED if symptoms worsen or if there are any questions or concerns that arise at home.

**MDM:  Patient is a 49-year-old female presents emergency room status post blunt trauma during an altercation with a security guard.  Patient states pain of the right hand.  On x-ray showing fracture of the sesamoid bone however no other associated injury.  Patient with range of motion that is intact. Patient also with right ankle pain however on examination no evidence of fracture dislocation and range of motion is intact.  Possible strain versus sprain.  Evaluated for other potential sequelae of blunt trauma, no evidence of intrathoracic injury, CT scan of the chest not indicated.  Abdominal exam is within normal limits and no tenderness palpation of the abdomen, CT scan of the abdomen not indicated.  Patient is otherwise stable for discharge.  Patient was seen and evaluated by social Work was given the patient references.  The report for this injury has been been filed a police as well, stable for discharge.  Patient has capacity for decision making and has a plan for self-care.  Will follow up with Psychiatry as an outpatient.**

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

ED Provider Notes (continued)

ED Provider Notes by Kohanteb, Arash D., MD at 08/26/19 1946 (continued)

## Clinical Impression

1.  **Blunt trauma**
2.  Acute right ankle pain
3.  Closed fracture of sesamoid bone of right hand, initial encounter
4.  Medical clearance for incarceration

## Prescriptions

### Discharge Medication List as of 8/26/2019  7:54 PM

## Disposition and Follow-up
Disposition: Discharge [1]

No future appointments.

Follow up with:  Pcp, No, MD

As needed

UCLA Santa Monica Emergency Department
1250 16th Street
Santa Monica California 90404
424-259-8405

If symptoms worsen

Return precautions are specified on After Visit Summary.

The documentation on this chart was performed by Chris Promprasert, scribed for Kohanteb, Arash D., MD

08/26/2019 7:48 PM

All scribe entries and documentation made by the scribe were entered at my direction.  I have reviewed this medical record and agree to the accuracy and completeness of the content entered by the scribe.  The documentation recorded by the scribe accurately reflects the service I personally performed and the decisions made by me.

Generated on 6/8/22  1:22 PM

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

ED Provider Notes (continued)

**ED Provider Notes by Kohanteb, Arash D., MD at 08/26/19 1946 (continued)**

Kohanteb, Arash D., MD
08/27/19 0000

Electronically signed by Kohanteb, Arash D., MD at 08/27/19 0000

**ED Notes**

No notes of this type exist for this encounter.

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Notes**

Discharge Summary

   No notes of this type exist for this encounter.

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

History & Physical

No notes of this type exist for this encounter.

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

Consultation

No notes of this type exist for this encounter.

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Operative Note**

No notes of this type exist for this encounter.

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Procedure Note**

No notes of this type exist for this encounter.

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Progress Notes**

No notes of this type exist for this encounter.

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

Discharge Instructions - Other Notes

**Discharge Instructions by Kohanteb, Arash D., MD at 08/26/19 1953**

Author: Kohanteb, Arash D., MD
Filed: 08/26/19 1953
Status: Written

Service: —
Date of Service: 08/26/19 1953
Editor: Kohanteb, Arash D., MD (Physician)

Author Type: Physician
Creation Time: 08/26/19 1953

# Treating Ankle Sprains

Treatment will depend on how bad your sprain is. For a severe sprain, healing may take 3 months or more.

## Right after your injury: Use R.I.C.E.

- **Rest:** At first, keep weight off the ankle as much as you can. You may be given crutches to help you walk without putting weight on the ankle.
- **Ice:** Put an ice pack on the ankle for 20 minutes. Remove the pack and wait at least 30 minutes. Repeat for up to 3 days. This helps reduce swelling.
- **Compression:** To reduce swelling and keep the joint stable, you may need to wrap the ankle with an elastic bandage. For more severe sprains, you may need an ankle brace, a boot, or a cast.
- **Elevation:** To reduce swelling, keep your ankle raised above your heart when you sit or lie down.

## Medicine

Your healthcare provider may suggest oral nonsteroidal anti-inflammatory medicine (NSAIDs), such as ibuprofen. This relieves the pain and helps reduce swelling. Be sure to take your medicine as directed.

## Exercises



After about 2 to 3 weeks, you may be given exercises to strengthen the ligaments and muscles in the ankle. Doing these exercises will help prevent another ankle sprain. Exercises may include standing on your toes and then on your heels and doing ankle curls.

### Ankle curls

- Sit on the edge of a sturdy table or lie on your back.
- Pull your toes toward you. Then point them away from you. Repeat for 2 to 3 minutes.

**Date Last Reviewed:** 1/1/2018

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

Discharge Instructions - Other Notes (continued)

**Discharge Instructions by Kohanteb, Arash D., MD at 08/26/19 1953 (continued)**

© 2000-2018 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Electronically signed by Kohanteb, Arash D., MD at 08/26/19 1953

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

ED Summary - Other Notes

ED Summary filed by Provider, Ucla, MD at 08/26/19 1938

| | | |
|---|---|---|
| Author: Provider, Ucla, MD | Service: — | Author Type: Physician |
| Filed: 08/26/19 1938 | Date of Service: 08/26/19 1937 | Creation Time: 08/26/19 1938 |
| Status: Signed | Editor: Interface, Transcription Incoming | |

# COLLECTIVE NOTIFICATION 08/26/2019 19:36 WINCHESTER, LESLIE MRN: 6106084

UCLA Santa Monica's patient encounter information:

MRN: 6106084
Account Number: 90084771954
Billing Account Number: 18298142

*Criteria Met*

- 2 Visits in 30 Days

*Security and Safety*

No recent Security Events currently on file

*ED Care Guidelines*

There are currently no ED Care Guidelines for this patient. Please check your facility's medical records system.

*E.D. Visit Count (12 mo.)*

| Facility | Visits |
|---|---|
| UCLA Santa Monica | 2 |
| **Total** | **2** |

Note: Visits indicate total known visits.

*Recent Emergency Department Visit Summary*

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

ED Summary - Other Notes (continued)

ED Summary filed by Provider, Ucla, MD at 08/26/19 1938 (continued)

| Date | Facility | City | State | Type | Diagnoses or Chief Complaint |
|------|----------|------|-------|------|------------------------------|
| Aug 26, 2019 | UCLA Santa Monica | Santa. | CA | Emergency | |
| Aug 26, 2019 | UCLA Santa Monica | Santa. | CA | Emergency | • 1. Fracture of unspecified carpal bone, right wrist, initial encounter for closed fracture<br>• 2. Finger Injury |

## Recent Inpatient Visit Summary

No recorded inpatient visits.

## Care Team

| Provider | PRC Type | Phone | Fax | Service Dates |
|----------|----------|-------|-----|---------------|
| SANTA MONICA UCLA MEDICAL CENTER | Primary Care | | | Current |

## Collective Portal

This patient has registered at the UCLA Santa Monica Emergency Department

For more information visit: https://secure.collectivemedical.com/patient/5da5f23d-0ade-43ca-8497-c5e9d02aac7f

© 2019 Collective Medical Technologies, Inc. - www.collectivemedical.com

Electronically signed by Interface, Transcription Incoming at 08/26/19 1938

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

## EDIE - Orders and Results

### ED INFORMATION EXCHANGE [389875052]

Status: **Completed**

Electronically signed by: **In, Gen Intf on 08/26/19 1937**
Ordering user: In, Gen Intf 08/26/19 1937
Authorized by: Inpatient, Attending Physician, MD

Ordering provider: Inpatient, Attending Physician, MD
Ordering mode: Standard

#### ED INFORMATION EXCHANGE [389875053]

Status: **Completed**

Electronically signed by: **In, Gen Intf on 08/26/19 1937**
Ordering user: In, Gen Intf 08/26/19 1937
Authorized by: Inpatient, Attending Physician, MD
Order comments: Ordered by an unspecified provider

Ordering provider: Inpatient, Attending Physician, MD
Ordering mode: Standard

##### ED INFORMATION EXCHANGE [389875053]

Resulted: 08/26/19 1937, Result status: Final result

Ordering provider: Inpatient, Attending Physician, MD 08/26/19 1937

Resulting lab: EMERGENCY DEPARTMENT INFORMATION EXCHANGE

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| af09f2d1-ea40-40fc-b10e-a0118962dca5 | — | — | 08/26/19 1937 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Emer. Dept. Info Exchange - Care Plan | — | — | — | EDIE |
| Emer. Dept. Info Exchange - Security Alerts | — | — | — | EDIE |
| Emer. Dept. Info Exchange - 30 day Visit Count | 2 | — | — | EDIE |
| Emer. Dept. Info Exchange - 180 day Visit Count | 2 | — | — | EDIE |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **20 - EDIE** | EMERGENCY DEPARTMENT INFORMATION EXCHANGE | Unknown | Unknown | 02/02/17 0904 - Present |

## Medication Orders

### acetaminophen tab 650 mg [389875054]

Status: **Completed**

Electronically signed by: **Kohanteb, Arash D., MD on 08/26/19 1954**
Ordering user: Kohanteb, Arash D., MD 08/26/19 1954
Authorized by: Kohanteb, Arash D., MD
Package: 50580-600-02

Ordering provider: Kohanteb, Arash D., MD
Ordering mode: Standard

---

Generated on 6/8/22  1:22 PM

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Medication Administration**

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

## Medication Administration

### acetaminophen tab 650 mg [389875054]

Ordering Provider: **Kohanteb, Arash D., MD**
Ordered On: **08/26/19 1954**
Ordered Dose (Remaining/Total): **650 mg (0/1)**
Frequency: **STAT**

Status: **Completed (Past End Date/Time)**
Starts/Ends: **08/26/19 2000 - 08/26/19 1957**
Route: **Oral**
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 08/26/19 1957 | Given | 650 mg | Oral | Performed by: **Rai, Manpreet, RN** |
| Documented: 08/26/19 1957 | | | | Scanned Package: **50580-600-02, 50580-600-02** |

## Prior to Admission Medications

| Prescriptions | Last Dose | Informant | Patient Reported? | Taking? |
|---|---|---|---|---|
| **ibuprofen 400 mg tablet** <br> Take 1 tablet (400 mg total) by mouth every six (6) hours as needed. | | | No | No |

## Prior to Admission Medications Review Audit

Reviewed by Reid, Mia, RN (Registered Nurse) on 08/26/19 at 1940

| Medication | Order | Sig | Last Dose | Informant | Status | Taking? |
|---|---|---|---|---|---|---|
| ibuprofen 400 mg tablet | 389875051 | Take 1 tablet (400 mg total) by mouth every six (6) hours as needed. | | | Active | |

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Patient Education**

No education to display

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

## Flowsheets (all recorded)

### Arrival Documentation - Mon August 26, 2019

| Row Name | 1937 |
|---|---|
| Triage Start | |
| Triage Start | Start  -MR at 08/26/19 1937 |

### Prehospital Treatment - Mon August 26, 2019

| Row Name | 1939 |
|---|---|
| Prehospital Treatment | |
| Prehospital Treatment | No  -MR at 08/26/19 1939 |

### Foreign Travel Screening *Notify Charge Nurse and Infection Prevention for ALL positive screens* - Mon August 26, 2019

| Row Name | 1939 |
|---|---|
| Foreign Travel Screening *Notify Charge Nurse and Infection Prevention for ALL positive screens* | |
| Have you traveled to and/or been in contact with a person that has traveled outside of the country within the last 30 days? | No  -MR at 08/26/19 1939 |

### Filed Time: - Mon August 26, 2019

| Row Name | 1952 |
|---|---|
| Comprehensive Exam Initiated | |
| Contact Date | 08/26/19  -AK at 08/26/19 1952 |
| Contact Time | 1952  -AK at 08/26/19 1952 |

### Acuity - Mon August 26, 2019

| Row Name | 1942 |
|---|---|
| Acuity/Destination | |
| Patient Acuity | Four  -MR at 08/26/19 1942 |

### Screenings - Mon August 26, 2019

| Row Name | 1942 | 1939 |
|---|---|---|
| Fall Risk | | |
| Fall Risk Assessment | None of the above - MR at 08/26/19 1942 | — |
| Fall Risk? | No  -MR at 08/26/19 1942 | — |
| Severe Sepsis/Septic Shock Screen - *Complete ALL Sepsis screening questions upon admission/transfer, at change of shift handover, and with acute change in patient condition* | | |
| *HAS SUSPECTED/CONFIRMED INFECTION? | — | No  -MR at 08/26/19 1940 |
| In last 12 hours temperature < 36 C or > 38.3 C | — | No  -MR at 08/26/19 1940 |
| In last 12 hours HR > 90 beats per minute | — | ***YES***  -MR at 08/26/19 1940 |
| In last 12 hours RR > 20 breaths per minute | — | No  -MR at 08/26/19 1940 |
| In last 12 hours WBC > 12 or < 4 or Bands > 10% | — | NO DATA <12HRS - MR at 08/26/19 1940 |
| - TOTAL NUMBER OF POSITIVE SIRS CRITERIA - | — | 1  -MR at 08/26/19 1940 |
| In last 12 hours creatinine > 2 | — | NO DATA <12HRS - MR at 08/26/19 1940 |
| In last 12 hours | — | NO DATA <12HRS - |

Generated on 6/8/22  1:22 PM

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Flowsheets (all recorded) (continued)**

| bilirubin > 2 | — | MR at 08/26/19 1940 |
|---|---|---|
| In last 12 hours platelet count < 100K | — | NO DATA <12HRS - MR at 08/26/19 1940 |
| In last 12 hours INR > 1.5 or aPTT > 60 | — | NO DATA <12HRS - MR at 08/26/19 1940 |
| In last 12 hours lactate level > 18 | — | NO DATA <12HRS - MR at 08/26/19 1940 |
| In the last 12 hours respiratory dysfunction | — | No -MR at 08/26/19 1940 |
| In last 12 hours SBP < 90 or MAP < 65 | — | No -MR at 08/26/19 1940 |
| *IN THE LAST 12 HOURS ALTERED MENTAL STATUS | — | No -MR at 08/26/19 1940 |
| *ORGAN DYSFUNCTION R/T SUSPECTED/CONFIRMED INFECTION | — | No -MR at 08/26/19 1940 |
| Is the patient positive for severe sepsis/septic shock screen? | — | No -MR at 08/26/19 1940 |
| Patient has 2 or more SIRS criteria PLUS a suspected bacterial infection PLUS at least one high-risk comorbidity (refer to row information) | — | No -MR at 08/26/19 1940 |
| Interventions: | — | Code Sepsis Criteria Not Met/Not Activated -MR at 08/26/19 1940 |

**Triage Complete - Mon August 26, 2019**

| Row Name | 1942 |
|---|---|
| Triage Complete | |
| Triage Complete | Triage complete -MR at 08/26/19 1942 |

**Suicide Risk - Mon August 26, 2019**

| Row Name | 1942 |
|---|---|
| Suicide Risk Assessment | |
| Does this patient have a primary psychiatric complaint or suspicion of psychiatric illness? | No -MR at 08/26/19 1942 |
| Homicidal Risk Assessment | |
| Is patient homicidal? | No -MR at 08/26/19 1942 |

**Psychosocial - Mon August 26, 2019**

| Row Name | 2000 |
|---|---|
| Subjective Patient Information | |
| Patient Denies | Homicidal Ideations;Delusions;Suicidal Ideations;Hallucinations -MRA at 08/26/19 2001 |
| Psychosocial | |
| Emotions State | Agitated -MRA at 08/26/19 2001 |
| Mood | Irritable -MRA at 08/26/19 2001 |

Generated on 6/8/22  1:22 PM

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

## Flowsheets (all recorded) (continued)

### Suicide Risk Assessment

| | |
|---|---|
| Does this patient have a primary psychiatric complaint or suspicion of psychiatric illness? | No  -MRA at 08/26/19 2001 |

### Homicidal Risk Assessment

| | |
|---|---|
| Is patient homicidal? | No  -MRA at 08/26/19 2001 |

### MEWS - Mon August 26, 2019

| Row Name | 1945 |
|---|---|

#### MEWS

| MEWS Score | 1  -PO at 08/26/19 1949 |
|---|---|

### Epic Auto-corrected Axillary Temp (increased by 1°) - Mon August 26, 2019

| Row Name | 1939 |
|---|---|

#### Relevant Labs and Vitals

| Temp (in Celsius) | 38.6  -MR at 08/26/19 1939 |
|---|---|

### General Assessment - Mon August 26, 2019

| Row Name | 1959 | 1942 |
|---|---|---|
| **General Appearance** | | |
| General Attitude | Hostile;Attentive  -MRA at 08/26/19 1959 | Guarded  -MR at 08/26/19 1942 |
| Appearance/Hygiene | Disheveled;Unkempt -MRA at 08/26/19 1959 | Disheveled;Unkempt -MR at 08/26/19 1942 |
| **Living Accommodation** | | |
| Pre-admission Living Situation | Homeless  -MRA at 08/26/19 1959 | Homeless  -MR at 08/26/19 1942 |
| **Patient Behaviors** | | |
| Patient Behaviors | Anxious;Cooperative -MRA at 08/26/19 1959 | Anxious;Cooperative -MR at 08/26/19 1942 |
| **Consciousness/Orientation** | | |
| Level of Consciousness | Alert  -MRA at 08/26/19 1959 | Alert  -MR at 08/26/19 1942 |
| Orientation Level | Normal for patient;Oriented X4  -MRA at 08/26/19 1959 | Normal for patient;Oriented X4  -MR at 08/26/19 1942 |
| **Glasgow Coma Scale (ages > 2 years)** | | |
| Eye Opening | Spontaneous  -MRA at 08/26/19 1959 | Spontaneous  -MR at 08/26/19 1942 |
| Best Verbal Response | Oriented  -MRA at 08/26/19 1959 | Oriented  -MR at 08/26/19 1942 |
| Best Motor Response | Obeys commands  -MRA at 08/26/19 1959 | Obeys commands  -MR at 08/26/19 1942 |
| Glasgow Coma Scale Score | 15  -MRA at 08/26/19 1959 | 15  -MR at 08/26/19 1942 |
| **General Cardiovascular** | | |
| Capillary Refill | < 2 Seconds;IN Bilateral;Fingers  -MRA at 08/26/19 1959 | < 2 Seconds;IN Bilateral;Fingers  -MR at 08/26/19 1942 |
| **Respiratory** | | |
| Respiratory Pattern | Regular;Easy;Unlabored;Even  -MRA at 08/26/19 1959 | Regular;Easy;Unlabored  -MR at 08/26/19 1942 |
| Chest | Chest expansion symmetrical  -MRA at 08/26/19 1959 | Chest expansion symmetrical  -MR at 08/26/19 1942 |
| **Skin Color/Condition** | | |
| Skin Color | Appropriate for ethnicity;Pink  -MRA at 08/26/19 1959 | Appropriate for ethnicity;Pink  -MRA at 08/26/19 1959 |

Generated on 6/8/22  1:22 PM

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

## Flowsheets (all recorded) (continued)

| | | |
|---|---|---|
| Skin Condition/Temp | Warm;Dry -MRA at 08/26/19 1959 | Warm;Dry -MR at 08/26/19 1942 |

### Abuse Indicators - Mon August 26, 2019

| Row Name | 1942 |
|---|---|

**ED Abuse Screening**

| Does patient or caregiver report threats, abuse, or injuries from others? | No -MR at 08/26/19 1942 |
|---|---|

### Safety Checklist - Mon August 26, 2019

| Row Name | 2001 |
|---|---|

**Safety Checklist**

| Safety Checklist: Choose any that apply | Belongings secured;Room clear of harmful objects;Patient searched by security -MRA at 08/26/19 2001 |
|---|---|

### Departure Condition - Mon August 26, 2019

| Row Name | 2002 |
|---|---|

**Departure Condition**

| Departure Condition | Good -MRA at 08/26/19 2002 |
|---|---|
| Mobility at Departure | Ambulatory -MRA at 08/26/19 2002 |
| Patient /CaregiverTeaching | Discharge instructions reviewed;Follow-up/referral care reviewed;Teach Back -MRA at 08/26/19 2002 |
| Patient/Caregiver Understanding | Teach Back;Discharge instructions;Follow-up/referral care -MRA at 08/26/19 2002 |
| Departure Mode | In police custody - MRA at 08/26/19 2002 |

**Responsible Department**

| Low Acuity | Low Acuity -MRA at 08/26/19 2002 |
|---|---|
| ER Adult | ER Adult -MRA at 08/26/19 2002 |

### Immunizations - Mon August 26, 2019

| Row Name | 1942 |
|---|---|

**Immunizations**

| Tetanus up to date? | No -MR at 08/26/19 1942 |
|---|---|

**Pneumococcal Vaccination Assessment**

| Has the patient received the Pneumococcal Vaccine anytime in the past? | No or unknown -MR at 08/26/19 1942 |
|---|---|

### Adult Admission Assessment - Mon August 26, 2019

| Row Name | 1940 |
|---|---|

**Infection Risk Screening**

| Does patient have signs and symptoms of a communicable disease requiring | No (no action required) -MR at 08/26/19 1940 |
|---|---|

| SANTA MONICA UCLA MEDICAL CENTER<br>1250 16TH STREET<br>SANTA MONICA CA 90404-1101 | Winchester, Leslie<br>MRN: 6106084, DOB: 1/19/1970, Sex: F<br>Adm: 8/26/2019, D/C: 8/26/2019 |
|---|---|

### Flowsheets (all recorded) (continued)

isolation?

| Does patient have a yellow box infection alert to the left of the chart? | No (no action required) -MR at 08/26/19 1940 |
|---|---|

**C. Difficile Risk Assessment**

| Does patient have: | No diarrhea -MR at 08/26/19 1940 |
|---|---|

---

**LACE+ Score - Mon August 26, 2019**

| Row Name | 2002 |
|---|---|
| OTHER | |
| LACE+ Score | 28 -MRA at 08/26/19 2002 |

---

**ED Vital Signs - Mon August 26, 2019**

| Row Name | 2001 | 1959 | 1939 |
|---|---|---|---|
| **Vitals Assessment** | | | |
| Restart Vitals Timer | — | — | Yes -MR at 08/26/19 1939 |
| **Vital Signs** | | | |
| Patient Position | — | Sitting -MRA at 08/26/19 1959 | Sitting -MR at 08/26/19 1939 |
| BP | — | 149/90 -MRA at 08/26/19 1959 | 150/92 -MR at 08/26/19 1939 |
| Pulse | — | 99 -MRA at 08/26/19 1959 | 98 -MR at 08/26/19 1939 |
| Resp | — | 18 -MRA at 08/26/19 1959 | 18 -MR at 08/26/19 1939 |
| SpO2 | — | 99 % -MRA at 08/26/19 1959 | 97 % -MR at 08/26/19 1939 |
| O2 Device | — | None (Room air) - MRA at 08/26/19 1959 | None (Room air) -MR at 08/26/19 1939 |
| Temp | — | — | 37.6 °C (99.7 °F) -MR at 08/26/19 1939 |
| Temp src | — | — | Axillary -MR at 08/26/19 1939 |
| **Pain Assessment** | | | |
| Pain Assessment Tool | 0-10 (Verbal Descriptors) -MRA at 08/26/19 2001 | — | 0-10 (Verbal Descriptors) -MR at 08/26/19 1939 |
| Pain Score | 0-No pain -MRA at 08/26/19 2001 | — | 5 -MR at 08/26/19 1939 |
| Pain Location | — | — | Right;Ankle;Shoulder;Hand -MR at 08/26/19 1939 |
| Pain Descriptors | — | — | Acute Pain -MR at 08/26/19 1939 |
| Pain Duration | — | — | Constant/continuous -MR at 08/26/19 1939 |

---

**Homeless Discharge - Mon August 26, 2019**

| Row Name | 1954 |
|---|---|
| **Homeless Discharge** | |
| Meal | Meal provided -MRA at 08/26/19 1954 |
| Clothing | Patient wearing weather appropriate clothing -MRA at 08/26/19 1954 |
| Discharge Medications | Referred to outside pharmacy -MRA at 08/26/19 1954 |

---

**Sepsis Score Filing - Mon August 26, 2019**

| Row Name | 1945 |
|---|---|

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**Flowsheets (all recorded) (continued)**

OTHER

| Sepsis Score | 1.8 -UE at 08/26/19 1949 |
|---|---|

| User Key | | | (r) = Recorded By, (t) = Taken By, (c) = Cosigned By |
|---|---|---|---|
| Initials | Name | Effective Dates | Provider Type |
| UE | Epic, User | — | — |
| PO | Optime, Prelogin | — | — |
| MR | Reid, Mia, RN | 08/18/16 - | Registered Nurse |
| AK | Kohanteb, Arash D., MD | 04/19/17 - 01/17/20 | Physician |
| MRA | Rai, Manpreet, RN | 06/06/19 - | Registered Nurse |

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

## Follow-up Information

| Follow up With | Specialties | Details | Why | Contact Info |
|---|---|---|---|---|
| Pcp, No, MD | | | As needed | |
| UCLA Santa Monica Emergency Department | Emergency Medicine | | If symptoms worsen | 1250 16th Street Santa Monica California 90404 424-259-8405 |

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

Discharge Instructions

# Treating Ankle Sprains

Treatment will depend on how bad your sprain is. For a severe sprain, healing may take 3 months or more.

## Right after your injury: Use R.I.C.E.

- Rest: At first, keep weight off the ankle as much as you can. You may be given crutches to help you walk without putting weight on the ankle.
- Ice: Put an ice pack on the ankle for 20 minutes. Remove the pack and wait at least 30 minutes. Repeat for up to 3 days. This helps reduce swelling.
- Compression: To reduce swelling and keep the joint stable, you may need to wrap the ankle with an elastic bandage. For more severe sprains, you may need an ankle brace, a boot, or a cast.
- Elevation: To reduce swelling, keep your ankle raised above your heart when you sit or lie down.

## Medicine

Your healthcare provider may suggest oral nonsteroidal anti-inflammatory medicine (NSAIDs), such as ibuprofen. This relieves the pain and helps reduce swelling. Be sure to take your medicine as directed.

## Exercises



After about 2 to 3 weeks, you may be given exercises to strengthen the ligaments and muscles in the ankle. Doing these exercises will help prevent another ankle sprain. Exercises may include standing on your toes and then on your heels and doing ankle curls.

### Ankle curls

- Sit on the edge of a sturdy table or lie on your back.
- Pull your toes toward you. Then point them away from you. Repeat for 2 to 3 minutes.

**Date Last Reviewed:** 1/1/2018

© 2000-2018 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

## After Visit Summary

After Visit Summary printed by Rai, Manpreet, RN on 8/26/2019  7:54 PM

ED After Visit Summary (below)

### AFTER VISIT SUMMARY

 **UCLA** Health

**Leslie Winchester** MRN: 6106084      8/26/2019  ♀ UCLA Santa Monica Emergency Department 424-259-8405
Thank you for choosing UCLA Health for your care

### Instructions
Your personalized instructions can be found at the end of this document.

Follow up with NO PCP, MD
Why  As needed

Follow up with UCLA Santa Monica Emergency Department
Why  If symptoms worsen
Specialty  Emergency Medicine
Contact  1250 16th Street
        Santa Monica California 90404
        424-259-8405

### Today's Visit
You were seen by Arash D. Kohanteb, MD

Reason for Visit
Medical Clearance

Diagnoses
- Blunt trauma
- Acute right ankle pain
- Closed fracture of sesamoid bone of right hand, initial encounter
- Medical clearance for incarceration

### What's Next
You currently have no upcoming appointments scheduled

### UCLA Healthcare
**Contact or return to the Emergency Department if your condition worsens or persists.**
It is our goal to provide the best care possible and to exceed your expectations.

For information on obtaining copies of your medical records or X-rays, call Medical Correspondence at: (310) 825-6021 for Ronald Reagan Hospital; (424) 259-8045 for Santa Monica Hospital

**Follow-up X-rays, Labs, Phone Calls:**
Please make sure you have provided the best phone number to use to contact you.  You may receive a live or automated call from us to check on your recovery and progress.

If you had an X-ray performed today, the X-ray was read by the Emergency Department doctor.  A radiologist also reads this X-ray to provide a final interpretation.  Some blood work that may have been performed may not have a result for 24-72 hours.  If there is any significant change in your radiology interpretation or blood tests, we will contact you at the phone number you have provided us.

Leslie Winchester (MRN: 6106084) • Printed at 8/26/19  7:54 PM        ©2017 Epic Systems Corporation Page 1 of 5

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

After Visit Summary (continued)

**Medications:**
If you received a prescription for medication(s) today, it is important when you fill this, you let the pharmacist know all the other medications that you are taking and any allergies you might have. It is also important that you notify your follow-up physician of all your medications, including the prescriptions you may receive today.

**Financial Considerations:**
We provide needed emergency care to everyone, regardless of ability to pay. If you have medical insurance, we will bill your insurance company. You will be billed directly for any unpaid balance or co-payments. You will receive at least two bills: the hospital bill, which will include an itemized statement of all hospital charges, including tests, X-rays and a hospital "treatment" charge, and a separate bill for the emergency physicians's services.

**Driving Precautions:**
[ ] While in the Emergency Medicine Center you received one or more medications that may impair your ability to drive. We recommend that you do not operate a motor vehicle for 12 hours.

Allergies as of 8/26/2019
No Known Allergies

Leslie Winchester (MRN: 6106084) • Printed at 8/26/19 7:54 PM          ©2017 Epic Systems Corporation Page 2 of 5

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

**After Visit Summary (continued)**

## Your Medication List

ASK your doctor about these medications


ASK

ibuprofen 400 mg tablet
Commonly known as Advil, Motrin

Take 1 tablet (400 mg total) by mouth every six (6) hours as needed.

myUCLAhealth

View your after visit summary and more online at https://my.UCLAhealth.org. When signing up enter your myUCLAhealth activation code exactly as it appears below to complete the sign up process.

myUCLAhealth Activation code: **TH5WX-W9Z3P-GJKTV**
**Expires: 10/25/2019  5:45 PM**
Your Medical Record Number: 6106084

If you have questions or you need a new activation code, please call our Patient Help Desk 855-364-7052.

Proxy access is available and allows a parent, legal guardian or caretaker to help a loved one manage appointments, communicate with the outpatient care team, and view health information. If you would like to learn more please ask your physician's office.

Leslie Winchester (MRN: 6106084) • Printed at 8/26/19  7:54 PM          ©2017 Epic Systems Corporation Page 3 of 5

Generated on 6/8/22  1:22 PM

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

After Visit Summary (continued)

## Instructions

### Treating Ankle Sprains

Treatment will depend on how bad your sprain is. For a severe sprain, healing may take 3 months or more.

### Right after your injury: Use R.I.C.E.

- **Rest:** At first, keep weight off the ankle as much as you can. You may be given crutches to help you walk without putting weight on the ankle.
- **Ice:** Put an ice pack on the ankle for 20 minutes. Remove the pack and wait at least 30 minutes. Repeat for up to 3 days. This helps reduce swelling.
- **Compression:** To reduce swelling and keep the joint stable, you may need to wrap the ankle with an elastic bandage. For more severe sprains, you may need an ankle brace, a boot, or a cast.
- **Elevation:** To reduce swelling, keep your ankle raised above your heart when you sit or lie down.

### Medicine

Your healthcare provider may suggest oral nonsteroidal anti-inflammatory medicine (NSAIDs), such as ibuprofen. This relieves the pain and helps reduce swelling. Be sure to take your medicine as directed.

### Exercises



After about 2 to 3 weeks, you may be given exercises to strengthen the ligaments and muscles in the ankle. Doing these exercises will help prevent another ankle sprain. Exercises may include standing on your toes and then on your heels and doing ankle curls.

### Ankle curls

- Sit on the edge of a sturdy table or lie on your back.
- Pull your toes toward you. Then point them away from you. Repeat for 2 to 3 minutes.

**Date Last Reviewed:** 1/1/2018

© 2000-2018 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## SAFE PAIN MEDICINE PRESCRIBING IN EMERGENCY DEPARTMENTS

We care about you. Our goal is to treat your medical conditions, including pain, effectively, safely and in the right way.

Leslie Winchester (MRN: 6106084) • Printed at 8/26/19  7:54 PM          ©2017 Epic Systems Corporation Page 4 of 5

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

After Visit Summary (continued)

Pain relief treatment can be complicated. Mistakes or abuse of pain medicine can cause serious health problems and death.

Our emergency department will only provide pain relief options that are safe and correct.
For your SAFETY, we follow these rules when helping you with your pain:

1. We look for and treat emergencies. We use our best judgment when treating pain. These recommendations follow legal and ethical advice.
2. You should have only ONE provider and ONE pharmacy helping you with pain. We do not usually prescribe pain medications if you already receive pain medicine from another health care provider.
3. If pain prescriptions are needed for pain, we will only give you a limited amount.
4. We do not refill stolen prescriptions. We do not refill lost prescriptions. If your prescription is stolen, please contact the police.
5. We do not prescribe long acting pain medicines such as: OxyContin, MS Contin, Fentanyl (Duragesic), Methadone, Opana ER, Exalgo, and others.
6. We do not provide missed doses of Subutex, Suboxone, or Methadone.
7. We do not usually give shots for flare-ups of chronic pain. Medicines taken by mouth may be offered instead.
8. Health care laws, including HIPAA, allow us to ask for all of your medical records. These laws allow us to share information with other health providers who are treating you.
9. We may ask you to show a photo ID when you receive a prescription for pain medicines.
10. We use the California Prescription Drug Monitoring Program called CURES. This statewide computer system tracks opioid pain medications and other controlled substance prescriptions.

If you need help, please call 2-1-1 and ask for information on treatment services for drug use disorders.

Emergency Departments throughout Los Angeles County have agreed to participate in this important program.

To discuss safer and more helpful chronic pain treatment options, please schedule an appointment with your treating physician

Leslie Winchester (MRN: 6106084) • Printed at 8/26/19  7:54 PM          ©2017 Epic Systems Corporation Page 5 of 5

All AVS Reports

| Date/Time | Report | Action | User |
|---|---|---|---|
| 8/26/2019  7:54 PM | ED After Visit Summary | Printed | Rai, Manpreet, RN |

Encounter-Level Documents:
There are no encounter-level documents.

SANTA MONICA UCLA MEDICAL CENTER
1250 16TH STREET
SANTA MONICA CA 90404-1101

Winchester, Leslie
MRN: 6106084, DOB: 1/19/1970, Sex: F
Adm: 8/26/2019, D/C: 8/26/2019

Encounter-Level E-Signatures:

No documentation.

*** End of Report ***

## END OF REPORT

Case 2:22-cv-04555-JGB-MAR   Document 1   Filed 07/05/22   Page 114 of 121   Page
ID #:114
Case 2:10-cv-03057-EFS   ECF No. 5   filed 08/18/10   PageID.88   Page 35 of 46

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF YAKIMA

|  |  |
|---|---|
| LESLIE A. WINCHESTER<br><br>     Petitioner,<br><br>v.<br><br>CHRISTOPHER COLLAZO<br><br>     Respondent. | NO. 09-3-00432-6<br><br>ORDER RE: GR 33 REQUEST<br>AND REASONABLE ACCOMODATION |

The Petitioner, Leslie A. Winchester, has made a General Rule 33 Request for Reasonable Accommodation in this matter, citing her mental health diagnosis and filing, *inter alia*, Sealed Medical and Health information as proof of her disability. Her requested accommodation is the appointment of an attorney at court expense. A hearing was held on March 19, 2010, at which time this request was considered.

In evaluating Ms. Winchester's GR 33 request, the court considered the following information:

- Request for Reasonable Accommodation, filed by Ms. Winchester;
- The Sealed Medical and Health Information, filed by Ms. Winchester, including medical records;
- Letters from her treating psychiatrist, Dr. Radant;
- Motion and Brief of Amicus, filed by attorney, Heather McKimmie, of Disability Rights of Washington;
- Declarations of Ms. Winchester;
- Arguments by Ms. Winchester and Ms. McKimmie, as amicus;
- Argument by Mr. Collozo;
- The Court's observations during hearings; and
- A review of the files and records in this matter.

Based upon the foregoing, the court has considered Ms. Winchester's request and makes the following findings of fact and conclusions of law:

1. Ms. Winchester suffers from a mental health disorder - Bipolar Disorder, Type I.

Case 2:22-cv-04555-JGB-MAR    Document 1    Filed 07/05/22    Page 115 of 121    Page
ID #:115
Case 2:10-cv-03057-EFS    ECF No. 5    filed 08/18/10    PageID.89    Page 36 of 46

2. Her request for Request for Reasonable Accommodation states that she needs an attorney because, "I have no expertise in the law or the bar." She claims that her mental health disorder causes her to be unable to participate meaningfully and fully in court proceedings in the following ways:

   - She is unable to quote case law
   - She is unable to understand the law
   - She is unable to understand how to subpoena witnesses
   - She becomes anxious when required to attend court hearings
   - She is disorganized in thought; and
   - She cannot articulate for herself in court hearings.

3. The Court has been able to observe that Ms. Winchester is both intelligent and articulate. This was again evident at the instant hearing. The comments that she made orally on the record at this hearing appeared to be organized in thought. Because Ms. Winchester appeared telephonically, the court was unable to observe any physical signs of stressors. Ms. Winchester, has in the past, appeared both by phone and in person for court hearings. It is the Court's observation that, at past hearings, Ms. Winchester has been anxious and insistent that she was unable to proceed without an attorney.

4. The Court's file evidences that Ms. Winchester is able to advocate for herself particularly in writing. Ms. Winchester has filed numerous written pleadings with the court, including motions and declarations. Ms. Winchester has pending motions for contempt which have been set for hearing a number of times. Ms. Winchester focuses at the hearings on her inability to represent herself and her need for an attorney at public expense rather on the merits of the motions. As a result, the hearings have been unproductive.

5. The Court believes that Ms. Winchester suffers from many of the same issues suffered by individuals who represent themselves in a court of law. Most self representing parties are unable to quote case law, understand the law or know how to issue subpoenas. Most self represented litigants are anxious when required to participate in and attend court proceedings.

6. The Court believes, however, that Ms. Winchester's mental health disorder may cause her to be more anxious than the average self represented litigant, more disorganized in her thought process while under the pressure of in court proceedings and, at times, unable to articulate her position orally at the hearings. Ms. Winchester's psychiatrist has assured the court that Ms. Winchester does not need the appointment of a guardian ad litem and it was clarified with Ms. Winchester that she does not want a guardian ad litem appointed for her. The Court did not pursue the appointment of a

guardian ad litem for Ms. Winchester based upon those representations and these findings.

7. The Court finds that the appointment of an attorney for Ms. Winchester at public expense would be unduly burdensome to this court financially. This is a court system currently suffering from significant and publicly known budget deficits.

8. The Court also finds that the appointment of an attorney for Ms. Winchester would also fundamentally alter the court proceedings in that it would exceed a reasonable accommodation allowing an unfair advantage to Ms. Winchester at public expense in a private civil matter.

9. Ms. Winchester appears to need some limited accommodation in the form of an individual who is familiar with the law, can provide forms for Ms. Winchester, explain the purpose of the form and explain the process for obtaining various relief from the court, such as the issuance of a subpoena. Additionally, should Ms. Winchester become anxious and disorganized at a court hearing, she may need a person to summarize her position during oral argument.

Having made those findings and conclusions, the Court orders the following:

1. Ms. Winchester's request for an attorney at public expense is denied as financially burdensome and as fundamentally altering these court proceedings.

2. The Court will, as an accommodation for Ms. Winchester, consistent with the above findings, authorize the appointment of an Accommodation Family Law Facilitator, who is a licensed attorney. The Facilitator will owe a duty solely to the court for meeting its obligations to provide a GR 33 accommodation for Ms. Winchester. The Facilitator's duties will be limited in scope and shall be as follows:

   a. Attend all hearings and be available to orally summarize for the court Ms. Winchester's position if she finds she is incapable at that time;

   b. Meet with Ms. Winchester's to be informed of her position for purposes of giving an oral summary on her behalf prior to each scheduled hearing. This time should not to exceed one hour of time per hearing;

   c. Review the court file and any pleadings provided by Ms. Winchester in order to be informed of her position in order to fulfill the oral summary duties;

   d. Not substitute judgment for Ms. Winchester;

e.  Be available to assist Ms. Winchester with procedural questions and provide forms for Ms. Winchester's use. The Facilitator may explain the purpose for the forms as well as the correct filing and service procedure.

f.  Not provide legal advice nor form an attorney-client relationship with Ms. Winchester; and

g.  May request further instructions from the court.

3.  Richard L. Mathieu, whose phone number is 509-453-9555, is appointed as the appointed facilitator, who shall be paid at the rate of $125.00 per hour not to exceed $2,500.00 without further court order.

4.  All further hearings, including any revisions of this order, in this matter shall be heard by Judge Reukauf, who has been pre-assigned to this case.

Dated this 26th day of March, 2010.

Gayle M. Harthcock, Court Commissioner

Page 38 of 46

Page 4 of 4

## MC-410

# Disability Accommodation Request

**CONFIDENTIAL**

If you have a disability and need an accommodation while you are at court, you can use this form to make your request. For more information, see form MC-410-INFO.

Make this request at least **5 days** (when the court is open) before you need the accommodation.

RECEIVED
FAMILY LAW
MAR 16 2022

*Clerk receives and date stamps here.*

**Court Name and Address:**

### 1  Your information

Name: Leslie Winchester

Address: 401 E 7th St Apt 301

Los Angeles, CA 90014

Phone: (310) 866-5019

Email: lesliewinchester@gmail.com

**Case Number (if you know it):**

### 2  How are you involved in the case?

☐ Juror   ☐ Party   ☐ Witness   ☐ Lawyer

☒ Other (explain): Plaintiff

**Case Name/Type (if you know it):**

### 3  When and where do you need the accommodation? [date(s), time(s), and court location]

for restraining order case

### 4  What accommodation do you need at the court?

an attorney paid for by the court because of the American Disability Act of 1990.

### 5  Why do you need this accommodation to assist you in court?

I am mentally disabled, not able to hold any job whatsoever the fines for not abiding by this are $55,000 – $110,000

☐ More information on this request is attached.

Date: March 16, 2022

Leslie Winchester
Type or print name

▶ Leslie Winchester
Signature

**(Optional)** If a court employee, caregiver or other person helped fill out this form and is **willing to provide more information if needed**, provide contact information below:

Name: _____   Email: _____   Phone: _____

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2021, Optional Form
Cal. Rules of Court, rule 1.100

**Disability Accommodation Request**

MC-410, Page 1 of 2



Name: _____

Case Number (if you know it):
_____

—————————————— Court fills out below ——————————————

**(Optional)**

☐! **Important!** If your case is delayed or dismissed after you make this request and you do not need the accommodation for the date you specified under 3, please contact the court at:

Phone: _____      Email: _____

☐ Your request is **GRANTED.** The court will provide the accommodation(s) requested.

☐ Your request is **DENIED IN WHOLE OR IN PART.** The denied portion of your request:

    ☐ Does not meet the requirements of Cal. Rules of Court, rule 1.100.

    ☐ Creates an undue financial or administrative burden for the court.

    ☐ Changes the basic nature of the court's service, program, or activity.

    Explain the reasons supporting the box(es) checked above:

    _____

    _____

    ☐ **Instead**, the court will provide the following accommodation(s):

    _____

    _____

**The court will provide the accommodation(s):**

☐ For the date(s) and time(s) requested          ☐ Indefinitely

☐ On date(s): _____

☐ More information on this decision is attached.

Date: _____

_____                ▶  _____

Type or print name                                          Signature

The court responded in person, by phone, or mail/email on: _____

**Note**: You may be able to ask for a review of this decision.
Cal. Rules of Court, rule 1.100(g) explains how to do this.

Rev. January 1, 2021

**Disability Accommodation Request**

MC-410, Page 2 of 2

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

| Print this form | | Save this form | | Clear this form |

**MC-410**

## Disability Accommodation Request

CONFIDENTIAL

If you have a disability and need an accommodation while you are at court, you can use this form to make your request. For more information, see form MC-410-INFO.

**5** Make this request at least **5 days** (when the court is open) before you need the accommodation.

*Clerk receives and date stamps here.*
**FILED**
Superior Court of California
County of Los Angeles

**MAR 18 2022**

Sherri R Carter, Executive Officer Clerk of Court

By: A. Davila, Deputy

RECEIVED FAMILY LAW MAR 16 2022

**1 Your information**

Name: Leslie Winchester

Address: 401 E 11th St Apt 301
Los Angeles, CA 90014

Phone: (316) 5646-6415

Email: lesliewinchestee@gmail.com

**Court Name and Address:**

Los Angeles Superior Court
111 N. Hill Street
Los Angeles, CA 90012

**Case Number (if you know it):**
22STR001609

**2 How are you involved in the case?**
☐ Juror  ☐ Party  ☐ Witness  ☐ Lawyer
☒ Other (explain): Plaintiff

**Case Name/Type (if you know it):**

**3 When and where do you need the accommodation?** [date(s), time(s), and court location]   for restraining order case

**4 What accommodation do you need at the court?**
an attorney paid for by the court because of the American Disability Act of 1990

**5 Why do you need this accommodation to assist you in court?**
I am mentally disabled, not able to hold any job whatsoever the fines for not abiding by this are $55,000 - $110,000

☐ More information on this request is attached.

Date: March 16, 2022

Leslie Winchester
**Type or print name**

▶ Leslie Winchester
**Signature**

**(Optional)** If a court employee, caregiver or other person helped fill out this form and is willing to provide more information if needed, provide contact information below:

Name:                    Email:                    Phone:

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2021, Optional Form
Cal. Rules of Court, rule 1.100

**Disability Accommodation Request**

MC-410, Page 1 of 2

→

Name: _____

Case Number (if you know it):
_____

———————————————— Court fills out below ————————————————

**(Optional)**

(!) **Important!** If your case is delayed or dismissed after you make this request and you do not need the accommodation for the date you specified under 3, please contact the court at:

Phone: _____    Email: _____

☐ Your request is **GRANTED.** The court will provide the accommodation(s) requested.

☑ Your request is **DENIED IN WHOLE OR IN PART.** The denied portion of your request:

　☑ Does not meet the requirements of <u>Cal. Rules of Court, rule 1.100</u>.

　☑ Creates an undue financial or administrative burden for the court.

　☐ Changes the basic nature of the court's service, program, or activity.

Explain the reasons supporting the box(es) checked above:

*The court does not provide attorneys for litigants in Civil Harassment cases.*

☐ **Instead**, the court will provide the following accommodation(s):

_____
_____

**The court will provide the accommodation(s):**

☐ For the date(s) and time(s) requested　　☐ Indefinitely

☐ On date(s): _____

☐ More information on this decision is attached.

Date: 3/18/22

Hon. *Elizabeth Scully*
Type or print name

▶ *[signature]*

ELIZABETH SCULLY
Signature

The court responded in person, by phone, or mail/email on: _____

**Note**: You may be able to ask for a review of this decision. <u>Cal. Rules of Court, rule 1.100(g)</u> explains how to do this.

Rev. January 1, 2021

**Disability Accommodation Request**

MC-410, Page 2 of 2

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

[ Print this form ]  [ Save this form ]　　　　[ Clear this form ]